# COMPOSITE EXHIBIT "A"

Updated 09/20/2016

## Bailee Letter Agreement

**Original Signed Documents Delivered:**
☒  **1st Note**
☒  **1st Recorded Security Instrument**
▌▌▌▌▌▌▌▌▌▌▌▌▌▌
**Borrower Name:   WILLIAM HORN**
**Property Address: 4068 NEWTON STREET TORRANCE, CA 90505**

Reverse Mortgage Solutions, Inc.
Attn: Final Documents Department
14405 Walters Road Suite 200
Houston, TX  77014

Dear Reverse Mortgage Solutions, Inc.:

You requested original loan documents in connection with services that you are providing to Bank of America, N.A. ("BANA"). The original signed documents indicated above ("Documents") are hereby being delivered to you, and there also may be copies of other documents enclosed herewith.

By signing this Bailee Letter Agreement ("Agreement"): **(a)** You confirm receipt of the Documents, and that your request for and possession of the Documents is appropriate and necessary in connection with the services that you are providing to BANA; **(b)** You certify that you shall take all reasonable measures to protect and preserve the Documents while they are in your possession, custody, or control, and the Documents shall remain in your custody and control unless (1) filed with the appropriate court, (2) returned to BANA in accordance herewith, or (3) sent to another party as expressly directed by BANA in writing; **(c)** You agree that you do not have any security interest in the Documents, you agree to waive any interest you  may acquire therein at any time, whether arising pursuant to law or otherwise, and you agree you may not retain the Documents for any reason (including but not limited to monies being owed to you) without BANA's express authorization and such authorization may be revoked by BANA at any time at BANA's sole discretion; **(d)** You agree to return the Documents to BANA at the address stated below (or another address provided by BANA to you in writing) via overnight or certified mail (with proof of delivery) immediately upon (1) demand, (2) completion or cancellation of the proceeding (where applicable), (3) conclusion of the performed service, and/or (4) your retention of the Documents no longer being necessary for the purpose in which they were requested; and **(e)** You agree that a copy of this Agreement may be used for all purposes, including the "best evidence" rule, as if it were the original.

**Subservicer Instructions:** Please immediately review the documents received with this Agreement and the inventory of Documents listed above. Your response is required within seven days of receipt. If there are any discrepancies, you shall notify Reverse Servicing Inquiries in writing at the email addresses provided below. If there are no discrepancies, sign this Agreement and return a copy of the original Agreement to the following email addresses and place the original Agreement in the file with the Documents.

| Contact email addresses and email addresses for return copy of executed original Bailee Letter Agreement | When returning the documents, please  send them to the address below: |
|---|---|
| _reverseservicinginquiries@bankofamerica.com_ _Suzanne.L.Baw@bankofamerica.com_ | Bank of America Attn: Suzanne L. Baw FL9-400-05-41, 9000 Southside Blvd. Jacksonville, FL 32256 |

Updated 09/20/2016

You are requesting the Documents in connection with services that you provide to BANA, and the terms and conditions of those services are covered by a separate agreement ("Services Agreement"). This Agreement is intended to supplement the Services Agreement, and all provisions in the Services Agreement are hereby incorporated herein and fully apply to the terms of this Agreement. BANA and you intend both such agreements to be read together and interpreted as consistent with each other to the fullest extent possible.  If any provisions of this Agreement conflict with any provisions of the Services Agreement, the provisions of this Agreement shall control strictly on the narrow subject of this Agreement.

Sincerely,
Bank of America, N.A.

You hereby acknowledge receipt of the Documents listed above and AGREE TO ACT AS BAILEE on the terms set forth above, and the undersigned hereby represents that he/she is an authorized representative of you.

Entity Name:  Reverse Mortgage Solutions, Inc.          Printed Name: _Shanae Foster_

By: _Foster_                                                      Title:  Final Document Specialist

Date: _11.11.19_

**ADJUSTABLE-RATE NOTE**
**HOME EQUITY CONVERSION**
**LIBOR One-Month Index Rate Caps**

Date:   **June 3, 2009**
Property Address:  **4068 Newton Street**
**Torrance, CA 90505**

1.  **DEFINITIONS**
    "Borrower" means each person signing at the end of this Note. "Lender" means: **BANK OF AMERICA, N.A., A NATIONAL BANKING ASSOCIATION** and its successors and assigns.  "Secretary" means the Secretary of Housing and Urban Development or his or her authorized representatives.

2.  **BORROWER'S PROMISE TO PAY; INTEREST**
    In return for amounts to be advanced by Lender to or for the benefit of Borrower under the terms of a Home Equity Conversion Loan Agreement dated **June 3, 2009** ("Loan Agreement"), Borrower promises to pay to the order of Lender a principal amount equal to the sum of all Loan Advances made under the Loan Agreement with interest. Interest will be charged on unpaid principal at the rate of **Three and 066/1000's percent (3.066%)** per year until the full amount of principal has been paid. The interest rate may change in accordance with Paragraph 5 of this Note. Accrued interest shall be added to the principal balance as a Loan Advance at the end of each month.

3.  **PROMISE TO PAY SECURED**
    Borrower's promise to pay is secured by a mortgage, deed of trust or similar security instrument that is dated the same date as this Note and called the "Security Instrument." That Security Instrument protects the Lender from losses which might result if Borrower defaults under this Note.

4.  **MANNER OF PAYMENT**
    (A)  **Time**
         Borrower shall pay all outstanding principal and accrued interest to Lender upon receipt of a notice by Lender requiring immediate payment-in-full, as provided in Paragraph 7 of this Note.

    (B)  **Place**
         Payment shall be made at: **190 Queen Anne Ave. N. Suite 400, Seattle, WA 98109** or any such other place as Lender may designate in writing by notice to Borrower.

    (C)  **Limitation of Liability**
         Borrower shall have no personal liability for payment of the debt. Lender shall enforce the debt only through sale of the Property covered by the Security Instrument ("Property"). If this Note is assigned to the Secretary, the Borrower shall not be liable for any difference between the mortgage insurance benefits paid to Lender and the outstanding indebtedness, including accrued interest, owed by Borrower at the time of the assignment.

5.  **INTEREST RATE CHANGES**
    (A)  **Change Date**
         The interest rate may change on the first day of **September 2009**, and on [] that day of each succeeding year [X] the first day of each succeeding month. "Change Date" means each date on which the interest rate could change.

    (B)  **The Index**
         Beginning with the first Change Date, the interest rate will be based on an Index. "Index" means the **interbank offered rates for one month U.S. dollar-denominated deposits in the London market ("LIBOR"), as published in The Wall Street Journal**. "Current Index" means the most recent Index figure available 30 days before the Change Date. If the Index (as defined above) is no longer available, Lender will use as a new Index any index prescribed by the Secretary. Lender will give Borrower notice of the new Index.

    (C)  **Calculation of Interest Rate Changes**
         Before each Change Date, Lender will calculate a new interest rate by adding a margin of **Two and 75/100's** percentage points **(2.75%)** to the current Index. Subject to the limits stated in Paragraph 5(D) of this Note, this amount will be the new interest rate until the next Change Date.

    (D)  **Limits on Interest Rate Changes**
         [] The interest rate will never increase or decrease by more than two percentage points (2.0%) on any single Change Date. The interest rate will never be more than five percentage points (5.0%) higher or lower than the initial interest rate stated in Paragraph 2 of this Note.
         [X] The interest rate will never increase above **Thirteen and 066/1000's percent (13.066%)**.

**(E)** **Notice of Changes**

Lender will give notice to Borrower of any change in the interest rate. The notice must be given at least 25 days before the new interest rate takes effect, and must set forth (i) the date of the notice, (ii) the Change Date, (iii) the old interest rate, (iv) the new interest rate, (v) the Current Index and the date it was published, (vi) the method of calculating the adjusted interest rate, and (vii) any other information which may be required by law from time to time.

**(F)** **Effective Date of Changes**

A new interest rate calculated in accordance with paragraphs 5(C) and 5(D) of this Note will become effective on the Change Date, unless the Change Date occurs less than 25 days after Lender has given the required notice. If the interest rate calculated in accordance with Paragraphs 5(C) and 5(D) of this Note decreased, but Lender failed to give timely notice of the decrease and applied a higher rate than the rate which should have been stated in a timely notice, then Lender shall recalculate the principal balance owed under this Note so it does not reflect any excessive interest.

6. **BORROWER'S RIGHT TO PREPAY**

A Borrower has the right to pay the debt evidenced by this Note, in whole or in part, without charge or penalty. Any amount of debt prepaid will first be applied to reduce the principal balance of the Second Note described in Paragraph 11 of this Note and then to reduce the principal balance of this Note.

All prepayments of the principal balance shall be applied by Lender as follows:

*First*, to that portion of the principal balance representing aggregate payments for mortgage insurance premiums;

*Second*, to that portion of the principal balance representing aggregate payments for servicing fees;

*Third*, to that portion of the principal balance representing accrued interest due under the Note; and

*Fourth*, to the remaining portion of the principal balance. A Borrower may specify whether a prepayment is to be credited to that portion of the principal balance representing monthly payments or the line of credit. If Borrower does not designate which portion of the principal balance is to be prepaid, Lender shall apply any partial prepayments on an existing line of credit or create a new line of credit.

7. **IMMEDIATE PAYMENT-IN-FULL**

**(A)** **Death or Sale**

Lender may require immediate payment-in-full of all outstanding principal and accrued interest if:

(i)  A Borrower dies and the Property is not the principal residence of at least one surviving Borrower, or

(ii)  A Borrower conveys all of his or her title to the Property and no other Borrower retains title to the Property in fee simple or on a leasehold interest as set forth in 24 CFR 206.45(a).

**(B)** **Other Grounds**

Lender may require immediate payment-in-full of all outstanding principal and accrued interest, upon approval by an authorized representative of the Secretary, if:

(i)  The Property ceases to be the principal residence of a Borrower for reasons other than death and the Property is not the principal residence of at least one other Borrower;

(ii)  For a period of longer than 12 consecutive months, a Borrower fails to physically occupy the Property because of physical or mental illness and the Property is not the principal residence of at least one other Borrower; or

(iii)  An obligation of the Borrower under the Security Instrument is not performed.

**(C)** **Payment of Costs and Expenses**

If Lender has required immediate payment-in-full as described above, the debt enforced through sale of the Property may include costs and expenses, including reasonable and customary attorney's fees, associated with enforcement of this Note to the extent not prohibited by applicable law. Such fees and costs shall bear interest from the date of disbursement at the same rate as the principal of this Note.

**(D)** **Trusts**

Conveyance of a Borrower's interest in the Property to a trust which meets the requirements of the Secretary, or conveyance of a trust's interests in the Property to a Borrower, shall not be considered a conveyance for purposes of this Paragraph. A trust shall not be considered an occupant or be considered as having a principal residence for purposes of this Paragraph.

8. **WAIVERS**

Borrower waives the rights of presentment and notice of dishonor. "Presentment" means the right to require Lender to demand payment of amounts due. "Notice of dishonor" means the right to require Lender to give notice to other persons that amounts due have not been paid.

**9.    GIVING OF NOTICES**

Unless applicable law requires a different method, any notice that must be given to Borrower under this Note will be given by delivering it or by mailing it by first class mail to Borrower at the property address above or at a different address if Borrower has given Lender a notice of Borrower's different address.

Any notice that must be given to Lender under this Note will be given by first class mail to Lender at the address stated in Paragraph 4(B) or at an different address if Borrower is given a notice of that different address.

**10.    OBLIGATIONS OF PERSONS UNDER THIS NOTE**

If more than one person signs this Note, each person is fully obligated to keep all of the promises made in this Note. Lender may enforce its rights under this Note only through sale of the Property.

**11.    RELATIONSHIP TO SECOND NOTE**

**(A)    Second Note**

Because Borrower will be required to repay amounts which the Secretary may make to or on behalf of Borrower pursuant to Section 255(i)(1)(A) of the National Housing Act and the Loan Agreement, the Secretary has required Borrower to grant a Second Note to the Secretary.

**(B)    Relationship of Secretary Payments to this Note**

Payments made by the Secretary shall not be included in the debt due under this Note unless:

(i)    This Note is assigned to the Secretary; or

(ii)    The Secretary accepts reimbursements by the Lender for all payments made by the Secretary.

If the circumstances described in (i) or (ii) occur, then all payments by the Secretary, including interest on the payments, shall be included in the debt.

**(C)    Effect on Borrower**

Where there is no assignment or reimbursement as described in (B)(i) or (ii), and the Secretary makes payments to Borrower, then Borrower shall not:

(i)    Be required to pay amounts owed under this Note until the Secretary has required payment-in-full of all outstanding principal and accrued interest under the Second Note held by the Secretary, notwithstanding anything to the contrary in Paragraph 7 of this Note; or

(ii)    Be obligated to pay interest or shared appreciation under this Note at any time, whether accrued before or after the payments by the Secretary, and whether or not accrued interest has been included in the principal balance of this Note, notwithstanding anything to the contrary in Paragraphs 2 or 5 of this Note or any Allonge to this Note.

**12.    SHARED APPRECIATION (If Applicable)**

If Borrower has executed a Shared Appreciation Allonge, the covenants of the Allonge shall be incorporated into and supplement the covenants of this Note as if the Allonge were a part of this Note.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Note.

Date: _____6|3|09_____

_____    _____
William Tyler Horn                    William Tyler Horn, as Trustee

PAY TO THE ORDER OF

WITHOUT RECOURSE

BANK OF AMERICA
COLLEEN MITCHELL
SENIOR VICE PRESIDENT

**This page is part of your document - DO NOT DISCARD**



**Pages:**
**0012**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**06/10/09 AT 08:00AM**

| | |
|---|---|
| FEES: | 57.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 57.00 |



**SEQ:**
**09**

DAR - Title Company (Hard Copy)



**THIS FORM IS NOT TO BE DUPLICATED**

R10

$2$

**FIDELITY NATIONAL TITLE**
**MCLPC**

When Recorded Mail To:
**BANK OF AMERICA, N.A.**
**11120 NE 33RD PLACE, SUITE 200**
**BELLEVUE, WA 98004**



Prepared By:
Bank of America, N.A.
11120 NE 33rd Place, Suite 200
Bellevue, WA 98004

Space Above This Line For Recording Data

**State of California**

FHA Case Number:
Application Number:
Loan Servicing Number:

### ADJUSTABLE RATE
### HOME EQUITY CONVERSION DEED OF TRUST
### THIS DEED OF TRUST SECURES A REVERSE MORTGAGE LOAN

THIS DEED OF TRUST ("Security Instrument") is made on June 3, 2009 ("Date"). The trustor is: William Tyler Horn, Trustee of the William Tyler Horn Revocable Trust Dated May 18, 2009 whose address is: 4068 Newton Street Torrance, CA 90505 ("Borrower"). The trustee is: Northwest Trustee Services, Inc, 3535 Factoria Blvd SE #220 Bellevue, WA 98009 ("Trustee"). The beneficiary is: BANK OF AMERICA, N.A., A NATIONAL BANKING ASSOCIATION which is organized and existing under the laws of THE UNITED STATES, and whose address is: 100 North Tryon Street, Charlotte, NC 28255 ("Lender"). Borrower has agreed to repay to Lender amounts which Lender is obligated to advance, including future advances, under the terms of a Home Equity Conversion Loan Agreement dated the same date as this Security Instrument ("Loan Agreement"). The agreement to repay is evidenced by Borrower's Note dated the same date as this Security Instrument ("Note"). This Security Instrument secures to Lender: (a) the repayment of the debt evidenced by the Note, with interest at a rate subject to adjustment, and all renewals, extensions and modifications of the Note, up to a maximum principal amount of EIGHT HUNDRED TWENTY FIVE THOUSAND  DOLLARS AND NO CENTS (U.S. $825,000.00); (b) the payment of all other sums, with interest, advanced under paragraph 5 to protect the security of this Security Instrument or otherwise due under the terms of this Security Instrument; and (c) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. The full debt, including amounts described in (a), (b), and (c) above, if not paid earlier, is due and payable on June 11, 2093. For this purpose, Borrower irrevocably grants and conveys to Trustee, in trust, with power of sale, the following described property located in LOS ANGELES County, California:

Lot 5, in Block C of Tract No. 8202, in the City of Torrance, County of Los Angeles, State of California, as per map recorded in Book 100 Page(s) 13 and 14 of maps, in the office of the County Recorder of said county.

Mortgage Cadence Inc  © 0527 02/08                    (1)

$q$

3

which has the address of:  4068 Newton Street Torrance, CA 90505 ("Property Address").

TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, rights, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property."

BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to grant and convey the Property and that the Property is unencumbered. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.

THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.

UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:

1.  **Payment of Principal and Interest.** Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note.

2.  **Payment of Property Charges.** Borrower shall pay all property charges consisting of taxes, ground rents, flood and hazard insurance premiums, and special assessments in a timely manner, and shall provide evidence of payment to Lender, unless Lender pays property charges by withholding funds from monthly payments due to the Borrower or by charging such payments to a line of credit as provided for in the Loan Agreement.

3.  **Fire, Flood and Other Hazard Insurance.** Borrower shall insure all improvements on the Property, whether now in existence or subsequently erected, against any hazards, casualties, and contingencies, including fire. This insurance shall be maintained in the amounts, to the extent and for the periods required by Lender or the Secretary of Housing and Urban Development ("Secretary"). Borrower shall also insure all improvements on the Property, whether now in existence or subsequently erected, against loss by floods to the extent required by the Secretary. All insurance shall be carried with companies approved by Lender. The insurance policies and any renewals shall be held by Lender and shall include loss payable clauses in favor of, and in a form acceptable to, Lender.

    In the event of loss, Borrower shall give Lender immediate notice by mail. Lender may make proof of loss if not made promptly by Borrower. Each insurance company concerned is hereby authorized and directed to make payment for such loss to Lender instead of to Borrower and Lender jointly. Insurance proceeds shall be applied to restoration or repair of the damaged Property. If the restoration or repair is economically feasible and Lender's security is not lessened. If the restoration or repair is not economically feasible or Lender's security would be lessened, the insurance proceeds shall be applied first to the reduction of any indebtedness under a Second Note and Second Security Instrument held by the Secretary on the Property and then to the reduction of the indebtedness under the Note and this Security Instrument. Any excess insurance proceeds over an amount required to pay all outstanding indebtedness under the Note and this Security Instrument shall be paid to the entity legally entitled thereto.

    In the event of foreclosure of this Security Instrument or other transfer of title to the Property that

extinguishes the indebtedness, all right, title and interest of Borrower in and to insurance policies in force shall pass to the purchaser.

4.  **Occupancy, Preservation, Maintenance and Protection of the Property; Borrower's Loan Application; Leaseholds.** Borrower shall occupy, establish, and use the Property as Borrower's principal residence after the execution of this Security Instrument and Borrower (or at least one Borrower, if initially more than one person are Borrowers) shall continue to occupy the Property as Borrower's principal residence for the term of the Security Instrument. "Principal residence" shall have the same meaning as in the Loan Agreement.

    Borrower shall not commit waste or destroy, damage or substantially change the Property or allow the Property to deteriorate, reasonable wear and tear excepted. Borrower shall also be in default if Borrower, during the loan application process, gave materially false or inaccurate information or statements to Lender (or failed to provide Lender with any material information) in connection with the loan evidenced by the Note, including, but not limited to, representations concerning Borrower's occupancy of the Property as a principal residence. If this Security Instrument is on a leasehold, Borrower shall comply with the provisions of the lease. If Borrower acquires fee title to the Property, the leasehold and fee title shall not be merged unless Lender agrees to the merger in writing.

5.  **Charges to Borrower and Protection of Lender's Rights in the Property.** Borrower shall pay all governmental or municipal charges, fines and impositions that are not included in Paragraph 2. Borrower shall pay these obligations on time directly to the entity which is owed the payment. If failure to pay would adversely affect Lender's interest in the Property, upon Lender's request Borrower shall promptly furnish to Lender receipts evidencing these payments. Borrower shall promptly discharge any lien which has priority over this Security Instrument in the manner provided in Paragraph 12(c).

    If Borrower fails to make these payments or the property charges required by Paragraph 2, or fails to perform any other covenants and agreements contained in this Security Instrument, or there is a legal proceeding that may significantly affect Lender's rights in the Property (such as a proceeding in bankruptcy, for condemnation or to enforce laws or regulations), then Lender may do and pay whatever is necessary to protect the value of the Property and Lender's rights in the Property, including payment of taxes, hazard insurance and other items mentioned in Paragraph 2.

    To protect Lender's security in the Property, Lender shall advance and charge to Borrower all amounts due to the Secretary for the Mortgage Insurance Premium as defined in the Loan Agreement as well as all sums due to the loan servicer for servicing activities as defined in the Loan Agreement. Any amounts disbursed by Lender under this Paragraph shall become an additional debt of Borrower as provided for in the Loan Agreement and shall be secured by this Security Instrument.

6.  **Inspection.** Lender or its agent may enter on, inspect or make appraisals of the Property in a reasonable manner and at reasonable times provided that Lender shall give the Borrower notice prior to any inspection or appraisal specifying a purpose for the inspection or appraisal which must be related to Lender's interest in the Property. If the Property is vacant or abandoned or the loan is in default, Lender may take reasonable action to protect and preserve such vacant or abandoned Property without notice to the Borrower.

7.  **Condemnation.** The proceeds of any award or claim for damages, direct or consequential, in connection with any condemnation, or other taking of any part of the Property, or for conveyance in place of condemnation shall be paid to Lender. The proceeds shall be applied first to the reduction

of any indebtedness under a Second Note and Second Security Instrument held by the Secretary on the Property, and then to the reduction of the indebtedness under the Note and this Security Instrument. Any excess proceeds over an amount required to pay all outstanding indebtedness under the Note and this Security Instrument shall be paid to the entity legally entitled thereto.

8.  **Fees.** Lender may collect fees and charges authorized by the Secretary

9.  **Grounds for Acceleration of Debt.**

    (a)  **Due and Payable.** Lender may require immediate payment-in-full of all sums secured by this Security Instrument if:

        (i)   A Borrower dies and the Property is not the principal residence of at least one surviving Borrower; or

        (ii)  All of a Borrower's title in the Property (or his or her beneficial interest in a trust owning all or part of the Property) is sold or otherwise transferred and no other Borrower retains title to the Property in fee simple or retains a leasehold under a lease for less than 99 years which is renewable or a lease having a remaining period of not less than 50 years beyond the date of the 100th birthday of the youngest Borrower or retains a life estate, (or retaining a beneficial interest in a trust with such an interest in the Property).

    (b)  **Due and Payable with Secretary Approval.** Lender may require immediate payment-in-full of all sums secured by this Security Instrument, upon approval of the Secretary, if:

        (i)   The Property ceases to be the principal residence of a Borrower for reasons other than death and the Property is not the principal residence of at least one other Borrower; or

        (ii)  For a period of longer than twelve (12) consecutive months, a Borrower fails to occupy the Property because of physical or mental illness and the Property is not the principal residence of at least one other Borrower; or

        (iii) An obligation of the Borrower under this Security Instrument is not performed.

    (c)  **Notice to Lender.** Borrower shall notify Lender whenever any of the events listed in this Paragraph 9 (a)(ii) and (b) occur.

    (d)  **Notice to Secretary and Borrower.** Lender shall notify the Secretary and Borrower whenever the loan becomes due and payable under Paragraph 9 (a)(ii) and (b). Lender shall not have the right to commence foreclosure until Borrower has had 30 days after notice to either:

        (i)   Correct the matter which resulted in the Security Instrument coming due and payable; or

        (ii)  Pay the balance in full; or

        (iii) Sell the Property for the lesser of the balance or 95% of the appraised value and apply the net proceeds of the sale toward the balance; or

        (iv)  Provide the Lender with a deed-in-lieu of foreclosure.

(e) **Trusts.** Conveyance of a Borrower's interest in the Property to a trust which meets the requirements of the Secretary, or conveyance of a trust's interests in the Property to a Borrower, shall not be considered a conveyance for purposes of this Paragraph 9. A trust shall not be considered an occupant or be considered as having a principal residence for purposes of this Paragraph 9.

(f) **Mortgage Not Insured.** Borrower agrees that should this Security Instrument and the Note not be eligible for insurance under the National Housing Act within 8 MONTHS from the date hereof, Lender may, at its option, require immediate payment-in-full of all sums secured by this Security Instrument. A written statement of any authorized agent of the Secretary dated subsequent to 8 MONTHS from the date hereof, declining to insure this Security Instrument and the Note, shall be deemed conclusive proof of such ineligibility. Notwithstanding the foregoing, this option may not be exercised by Lender when the unavailability of insurance is solely due to Lender's failure to remit a mortgage insurance premium to the Secretary.

10. **No Deficiency Judgments.** Borrower shall have no personal liability for payment of the debt secured by this Security Instrument. Lender may enforce the debt only through sale of the Property. Lender shall not be permitted to obtain a deficiency judgment against Borrower if the Security Instrument is foreclosed. If this Security Instrument is assigned to the Secretary upon demand by the Secretary, Borrower shall not be liable for any difference between the mortgage insurance benefits paid to Lender and the outstanding indebtedness, including accrued interest, owed by Borrower at the time of the assignment.

11. **Reinstatement.** Borrower has a right to be reinstated if Lender has required immediate payment-in-full. This right applies even after foreclosure proceedings are instituted. To reinstate this Security Instrument, Borrower shall correct the condition which resulted in the requirement for immediate payment-in-full. Foreclosure costs and reasonable and customary attorney's fees and expenses properly associated with the foreclosure proceeding shall be added to the principal balance. Upon reinstatement by Borrower, this Security Instrument and the obligations that it secures shall remain in effect as if Lender had not required immediate payment-in-full. However, Lender is not required to permit reinstatement if: (i) Lender has accepted reinstatement after the commencement of foreclosure proceedings within two years immediately preceding the commencement of a current foreclosure proceeding, (ii) reinstatement will preclude foreclosure on different grounds in the future, or (iii) reinstatement will adversely affect the priority of the Security Instrument.

12. **Lien Status.**

(a) **Modification.** Borrower agrees to extend this Security Instrument in accordance with this Paragraph 12(a) if Lender determines that the original lien status of the Security Instrument is jeopardized under state law (including but not limited to situations where the amount secured by the Security Instrument equals or exceeds the maximum principal amount stated or the maximum period under which loan advances retain the same lien priority initially granted to loan advances has expired) and state law permits the original lien status to be maintained for future loan advances through the execution and recordation of one or more documents, then Lender shall obtain title evidence at Borrower's expense. If the title evidence indicates that the property is not encumbered by any liens (except this Security Instrument, the Second Security Instrument described in Paragraph 13(a) and any subordinate liens that the Lender determines will also be subordinate to any future loan advances), Lender shall request the Borrower to execute any documents necessary to protect the lien status of future loan advances. Borrower agrees to execute such documents. If state law does not permit the

original lien status to be extended to future loan advances, Borrower will be deemed to have failed to have performed an obligation under this Security Instrument.

(b) **Tax Deferral Programs.** Borrower shall not participate in a real estate tax deferral program, if any liens created by the tax deferral are not subordinate to this Security Instrument.

(c) **Prior Liens.** Borrower shall promptly discharge any lien which has priority over this Security Instrument unless Borrower: (a) agrees in writing to the payment of the obligation secured by the lien in a manner acceptable to Lender; (b) contests in good faith the lien by, or defends against enforcement of the lien in, legal proceedings which in the Lender's opinion operate to prevent the enforcement of the lien or forfeiture of any part of the Property; or (c) secures from the holder of the lien an agreement satisfactory to Lender subordinating the lien to all amounts secured by this Security Instrument. If Lender determines that any part of the Property is subject to a lien which may attain priority over this Security Instrument, Lender may give Borrower a notice identifying the lien. Borrower shall satisfy the lien or take one or more of the actions set forth above within 10 days of the giving of notice.

13. **Relationship to Second Security Instrument.**

(a) **Second Security Instrument.** In order to secure payments which the Secretary may make to or on behalf of Borrower pursuant to Section 255(i)(1)(A) of the National Housing Act and the Loan Agreement, the Secretary has required Borrower to execute a Second Note and a Second Security Instrument on the Property.

(b) **Relationship of First and Second Security Instruments.** Payments made by the Secretary shall not be included in the debt under the Note unless:

   (i) This Security Instrument is assigned to the Secretary; or

   (ii) The Secretary accepts reimbursement by the Lender for all payments made by the Secretary.

   If the circumstances described in (i) or (ii) occur, then all payments by the Secretary, including interest on the payments, but excluding late charges paid by the Secretary, shall be included in the debt under the Note.

(c) **Effect on Borrower.** Where there is no assignment or reimbursement as described in (b)(i) or (ii) and the Secretary makes payments to Borrower, then Borrower shall not:

   (i) Be required to pay amounts owed under the Note, or pay any rents and revenues of the Property under Paragraph 19 to Lender or a receiver of the Property, until the Secretary has required payment-in-full of all outstanding principal and accrued interest under the Second Note; or

   (ii) Be obligated to pay interest or shared appreciation under the Note at any time, whether accrued before or after the payments by the Secretary, and whether or not accrued interest has been included in the principal balance under the Note.

(d) **No Duty of the Secretary.** The Secretary has no duty to Lender to enforce covenants of the Second Security Instrument or to take actions to preserve the value of the Property, even

though Lender may be unable to collect amounts owed under the Note because of restrictions in this Paragraph 13.

14. **Forbearance by Lender Not a Waiver.** Any forbearance by Lender in exercising any right or remedy shall not be a waiver of or preclude the exercise of any right or remedy.

15. **Successors and Assigns Bound; Joint and Several Liability.** The covenants and agreements of this Security Instrument shall bind and benefit the successors and assigns of Lender. Borrower may not assign any rights or obligations under this Security Instrument or under the Note, except to a trust that meets the requirements of the Secretary. Borrower's covenants and agreements shall be joint and several.

16. **Notices.** Any notice to Borrower provided for in this Security Instrument shall be given by delivering it or by mailing it by first class mail unless applicable law requires use of another method. The notice shall be directed to the Property Address or any other address all Borrowers jointly designate. Any notice to Lender shall be given by first class mail to Lender's address stated herein or any address Lender designates by notice to Borrower. Any notice provided for in this Security Instrument shall be deemed to have been given to Borrower or Lender when given as provided in this Paragraph 16.

17. **Governing Law; Severability.** This Security Instrument shall be governed by Federal law and the law of the jurisdiction in which the Property is located. In the event that any provision or clause of this Security Instrument or the Note conflicts with applicable law, such conflict shall not affect other provisions of this Security Instrument or the Note which can be given effect without the conflicting provision. To this end the provisions of this Security Instrument and the Note are declared to be severable.

18. **Borrower's Copy.** Borrower shall be given one conformed copy of the Note and this Security Instrument.

NON-UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:

19. **Assignment of Rents.** Borrower unconditionally assigns and transfers to Lender all the rents and revenues of the Property. Borrower authorizes Lender or Lender's agents to collect the rents and revenues and hereby directs each tenant of the Property to pay the rents to Lender or Lender's agents. However, prior to Lender's notice to Borrower of Borrower's breach of any covenant or agreement in the Security Instrument, Borrower shall collect and receive all rents and revenues of the Property as trustee for the benefit of Lender and Borrower. This assignment of rents constitutes an absolute assignment and not an assignment for additional security only.

If Lender gives notice of breach to Borrower: (a) all rents received by Borrower shall be held by Borrower as trustee for benefit of Lender only, to be applied to the sums secured by this Security Instrument; (b) Lender shall be entitled to collect and receive all of the rents of the Property; and (c) each tenant of the Property shall pay all rents due and unpaid to Lender or Lender's agent on Lender's written demand to the tenant.

Borrower has not executed any prior assignment of the rents and has not and will not perform any act that would prevent Lender from exercising its rights under this Paragraph 19.

Lender shall not be required to enter upon, take control of or maintain the Property before or after

giving notice of breach to Borrower. However, Lender or a judicially appointed receiver may do so at any time there is a breach. Any application of rents shall not cure or waive any default or invalidate any other right or remedy of Lender. This assignment of rents of the Property shall terminate when the debt secured by this Security Instrument is paid in full.

20. **Foreclosure Procedure.** If Lender requires immediate payment-in-full under Paragraph 9, Lender may invoke the power of sale and any other remedies provided in this Paragraph 20, including, but not limited to, reasonable attorney's fees and costs of title evidence.

Lender may bring suit in any court of competent jurisdiction to foreclose the lien of this Security Instrument judicially and/or obtain judgment on the Note which it secures. Any election by Lender to invoke the power of sale provisions of this Paragraph 20 shall not be considered a final and binding election of remedies that would preclude such a judicial foreclosure, until conclusion of the sale of the Property by the Trustee as described in this Paragraph 20.

If Lender invokes the power of sale, Lender shall execute or cause Trustee to execute a written notice of the occurrence of an event of default and of Lender's election to cause the Property to be sold. Trustee shall cause this notice to be recorded in each county in which any part of the Property is located. Lender or Trustee shall mail copies of the notice as prescribed by Applicable Law to Borrower and to the other persons prescribed by Applicable Law. Trustee shall give public notice of sale to the persons and in the manner prescribed by Applicable Law. After the time required by Applicable Law, Trustee, without demand on Borrower, shall sell the Property at public auction to the highest bidder at the time and place and under the terms designated in the notice of sale in one or more parcels and in any order Trustee determines. Trustee may postpone sale of all or any parcel of the Property by public announcement at the time and place of any previously scheduled sale. Lender or its designee may purchase the Property at any sale.

Trustee shall deliver to the purchaser Trustee's deed conveying the Property without any covenant or warranty, expressed or implied. The recitals in the Trustee's deed shall be prima facie evidence of the truth of the statements made therein. Trustee shall apply the proceeds of the sale in the following order: (a) to all expenses of the sale, including, but not limited to, reasonable Trustee's and attorneys' fees; (b) to all sums secured by this Security Instrument; and (c) any excess to the person or persons legally entitled to it.

21. **Lien Priority.** The full amount secured by this Security Instrument shall have the same priority over any other liens on the Property as if the full amount had been disbursed on the date the initial disbursement was made, regardless of the actual date of any disbursement. The amount secured by this Security Instrument shall include all direct payments by Lender to Borrower and all other loan advances permitted by this Security Instrument for any purpose. This lien priority shall apply notwithstanding any State constitution, law or regulation, except that this lien priority shall not affect the priority of any liens for unpaid State or local governmental unit special assessments or taxes.

22. **Adjustable Rate Feature.** Under the Note, the initial stated interest rate of 3.066% which accrues on the unpaid principal balance ("Initial Interest Rate") is subject to change, as described below. When the interest rate changes, the new adjusted interest rate will be applied to the total outstanding principal balance. Each adjustment to the interest rate will be based upon the interbank offered rates for one month U.S. dollar-denominated deposits in the London market ("LIBOR") as published on the first business day of each week in the Money Rates section of The Wall Street Journal ("Index") plus a margin. If the Index is no longer available,

10

Lender will use as a new Index any Index prescribed by the Secretary. Lender will give Borrower notice of the new Index.

Lender will perform the calculations described below to determine the new adjusted interest rate. The interest rate may change on the first day of September 2009, and on [ ] that day of each succeeding year the [ X ] first day of each succeeding month ("Change Date") until the loan is repaid in full.

The value of the Index will be determined, using the most recent Index figure available thirty (30) days before the Change Date ("Current Index"). Before each Change Date, the new interest rate will be calculated by adding a margin to the Current Index. The sum of the margin plus the Current Index will be called the "Calculated Interest Rate" for each Change Date. The Calculated Interest Rate will be compared to the interest rate in effect immediately prior to the current Change Date (the "Existing Interest Rate").

[ ] Annually Adjusting Variable Rate Feature. The Calculated Interest Rate cannot be more than 2.0% higher or lower than the Existing Interest Rate, nor can it be more than 5.0% higher or lower than the Initial Interest Rate.

[ X ] Monthly Adjusting Variable Rate Feature. The Calculated Interest Rate will never increase above Thirteen and 066/1000's percent (13.066%).

The Calculated Interest Rate will be adjusted if necessary to comply with these rate limitation(s) and will be in effect until the next Change Date. At any Change Date, if the Calculated Interest Rate equals the Existing Interest Rate, the interest rate will not change.

23.  **Reconveyance.** Upon payment of all sums secured by this Security Instrument, Lender shall request Trustee to reconvey the Property and shall surrender this Security Instrument and all notes evidencing debt secured by this Security Instrument to Trustee. Trustee shall reconvey the Property without warranty and without charge to the person or persons legally entitled to it. Such person or persons shall pay any recordation costs.

24.  **Substitute Trustee.** Lender, at its option, may from time to time appoint a successor trustee to any Trustee appointed hereunder by an instrument executed and acknowledged by Lender and recorded in the office of the Recorder of the county in which the Property is located. The instrument shall contain the name of the original Lender, Trustee and Borrower, the book and page where this Security Instrument is recorded and the name and address of the successor trustee. Without conveyance of the Property, the successor trustee shall succeed to all the title, powers and duties conferred upon the Trustee herein and by Applicable Law. This procedure for substitution of trustee shall govern to the exclusion of all other provisions for substitution.

25.  **Request for Notices.** Borrower requests that copies of the notices of default and sale be sent to Borrower's address which is the Property Address.

26.  **Statement of Obligation Fee.** Lender may collect a fee not to exceed the maximum amount permitted by Applicable Law for furnishing the statement of obligation as provided by Section 2943 of the Civil Code of California.

27.  **Obligatory Loan Advances.** Lender's responsibility to make Loan Advances under the terms of the Loan Agreement, including Loan Advances of principal to Borrower as well as Loan Advances of

Mortgage Cadence Inc. © 0327 02/06          (9)

Interest, MIP, Servicing Fees, and other charges shall be obligatory.

28.   **Riders to this Security Instrument.** If one or more riders are executed by Borrower and recorded together with this Security Instrument, the covenants of each such rider shall be incorporated into and shall amend and supplement the covenants and agreements of this Security Instrument as if the rider(s) were a part of this Security Instrument. [Check applicable box(es).]

[ ] Condominium Rider                    [ ] Planned Unit Development Rider
[ ] Shared Appreciation Rider            [ ] Other [Specify]

12

The undersigned Borrower requests that a copy of any Notice of Default and any Notice of Sale
under this Security Instrument be mailed to him at the address of the Borrower set forth above. A
copy of any Notice of Default and any Notice of sale will be sent only to the address contained in
this recorded request. If the Borrower's address changes, a new request must be recorded.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in
this Security Instrument and in any rider(s) executed by Borrower and recorded with it.

William Tyler Horn, as Trustee

Space Below This Line For Acknowledgment

State of California
County  Los Angeles

On 6/03/08  before Me, Andre Massoujoli, Notary, personally appeared
Willi800  Tyler  Horn

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by/his/her/their signature(s) on the instrument the
person(s), Or the entity upon behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.
WITNESS my hand and official seal.

Signature _____ (Seal)

ANDRE MASSENGALE
COMM. #1582494
Notary Public-California
ORANGE COUNTY
My Comm. Exp. June 28, 2009

NOTARY MUST PRINT OR TYPE
This must be printed or typed in a manner that is photographically
reproducible (GC27201.5)
Name of the notary: Andre Massejola
County of notary's principle place of business: orange
Notary's phone number:
Notary's registration number:
Commission expiration date :

Branch :AIN,User :1400                                                              Station ID :UL55

**This page is part of your document - DO NOT DISCARD**



**Pages:**
**0003**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**09/14/12 AT 11:09AM**

| | |
|---|---|
| FEES: | 21.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 21.00 |



**THIS FORM IS NOT TO BE DUPLICATED**

E13

**LOS ANGELES, CA  Document:AS 2012.1384763**                                    **Page:1 of 3**

**Printed on:11/7/2013 8:57 PM**

Branch :AIN,User :1400                                                                                            Station ID :UL55

Recording Requested By:
**Bank of America**
Prepared By:  **Diana De Avila**
**1800 Tapo Canyon Road**
**Simi Valley, CA 93063**
**800-444-4302**
When recorded mail to:
**CoreLogic**
**Mail Stop: ASGN**
**1 CoreLogic Drive**
**Westlake, TX 76262-9823**

Property Address:
**4068 NEWTON STREET**
**TORRANCE, CA 905050000**

This space for Recorder's use

## ASSIGNMENT OF DEED OF TRUST

For Value Received, the undersigned holder of a Deed of Trust (herein "Assignor") whose address is **800 5TH AVENUE, SEATTLE, WASHINGTON 98104-3176** does hereby grant, sell, assign, transfer and convey unto **CHAMPION MORTGAGE COMPANY** whose address is **350 HIGHLAND DRIVE, LEWISVILLE, TEXAS 75067** all beneficial interest under that certain Deed of Trust described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said Deed of Trust.

| | |
|---|---|
| Original Lender: | **BANK OF AMERICA N.A., A NATIONAL BANKING ASSOCIATION** |
| Original Borrower(s): | **WILLIAM TYLER HORN, TRUSTEE OF THE WILLIAM TYLER HORN REVOCABLE TRUST DATED MAY 18, 2009** |
| Original Trustee: | **NORTHWEST TRUSTEE SERVICES, INC.** |
| Date of Deed of Trust: | **6/3/2009** |
| Original Loan Amount: | **$825,000.00** |

Recorded in **Los Angeles County, CA** on: **6/10/2009**, book N/A, page N/A and instrument number **20090866735**

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Deed of Trust to be executed on

—SEP 0 5 2012—

**BANK OF AMERICA, N.A.**

By: _____,
**Talisha Wallace**
**Assistant Vice President**

Branch :AIN,User :1400                                                                Station ID :UL55

State of **California**
County of **Ventura**

On _____ **SEP 0 5 2012**  before me, _____ **Danya Bucaro** _____, Notary Public, personally appeared
_____ **Talisha Wallace**
, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the
within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity
(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the
person(s) acted, executed the instrument.

**I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing
paragraph is true and correct.**

WITNESS my hand and official seal.

Notary Public: _____ Danya Bucaro
My Commission Expires: _March 15, 2014_

(Seal)

> DANYA BUCARO
> Commission # 1880386
> Notary Public - California
> Los Angeles County
> My Comm. Expires Mar 15, 2014

DocID#



**This page is part of your document - DO NOT DISCARD**





**Pages:**
**0002**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**10/21/19 AT 08:00AM**

| | |
|---|---|
| FEES: | 20.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 95.00 |



**THIS FORM IS NOT TO BE DUPLICATED**

*E442318*

E13-2019102130025513

Recording Requested By:
Champion Mortgage Company

When Recorded Return To:

Champion Mortgage Company
8950 CYPRESS WATERS BOULEVARD
COPPELL, TX  75019

<u>**CORPORATE ASSIGNMENT OF DEED OF TRUST**</u>

Los Angeles, California
**SELLER'S SERVICING #** ████ "HORN"

For Value Received, NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY hereby grants, assigns and transfers to BANK OF AMERICA, N.A at 190 QUEEN ANNE AVE, NORTH, SUITE 400, SEATTLE, WA 98109 all its interest under that certain Deed of Trust dated 06/03/2009 , in the amount of $825,000.00, executed by WILLIAM TYLER HORN, TRUSTEE OF THE WILLIAM TYLER HORN REVOCABLE TRUST DATED MAY 18, 2009 to BANK OF AMERICA, N.A., A NATIONAL BANKING ASSOCIATION and Recorded: 06/10/2009 as Instrument No.: 20090866735 in the County of Los Angeles, State of California.

In witness whereof this instrument is executed.

NATIONSTAR MORTGAGE LLC D/B/A CHAMPION MORTGAGE COMPANY
On October 1st, 2019

※ (NATIONSTAR MORTGAGE LLC,DBA)

_____
TSEDALE ALEMU, Vice-President

STATE OF Texas
COUNTY OF Dallas

On October 1st, 2019, before me, SYLVIA RAMIREZ, a Notary Public in and for Dallas in the State of Texas, personally appeared TSEDALE ALEMU, Vice-President, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____
SYLVIA RAMIREZ
Notary Expires: 03/07/2023 #131921660

┌─────────────────────────────────┐
│        SYLVIA RAMIREZ           │
│  Notary Public, State of Texas  │
│   Comm. Expires 03-07-2023      │
│   Notary ID 131921660           │
└─────────────────────────────────┘

(This area for notarial seal)

# EXHIBIT "B"

**PHH Mortgage Services**

**PHH MORTGAGE**

Internal Payoff

**Data Update Date: 12/6/2021**

| | |
|---|---|
| Loan Skey: | |
| Loan Number: | |
| Borrower Last Name: | HORN |
| Property Address | 4068 NEWTON STREET, TORRANCE, CA 90505 |

| | | |
|---|---|---|
| As of Date: | | 12/07/2021 |
| Good through Date: | | 12/07/2021 |
| | | |
| Principal Advances: | | $ 350,992.53 |
| | | |
| Interest: | | $ 185,144.47 |
| | | |
| Interest Rate Type | Monthly (1-Mth LIBOR) | |
| | | |
| Current Interest Rate | 2.84 | |
| | | |
| MIP: | | $ 37,110.20 |
| | | |
| MIP Rate | 0.50 | |
| | | |
| Servicing Fees: | | $ 5,250.00 |
| | | |
| Corporate Advances: | | $ 14,160.13 |
| | | |
| Intra Month Per Diem Total: | | $ 370.33 |
| | | |
| Total Amount Due: | | $ 593,027.66 |
| | | |
| Per Diem Post Good Through Date** | | 54.28 |

\*NOTE: this is a not an external payoff and should not be relied upon if the loan is to be paid in full

\*\*per diem is as of the date generated. Any advances incurred between the as of date and the good through date will increase per diem and will not be included here.

# PHH Mortgage Services

**Loan Balance History**

**User:** janetcar  **Run Time:** 11/11/2021 11:07:18 AM

**Good Through Date:** 11/11/2021 12:00:00 AM

**Report Description:** Displays all the transactions for the selected loan

**Propery Address:** 4068 NEWTON STREET, TORRANCE, CA, 90505

| Transaction Date | Transaction Description | Principal Amount | Interest | MIP | Service Fee Amount | Corporate Advance Amount | Totals: |
|---|---|---|---|---|---|---|---|
| 11/10/2021 | Corp Adv - S310 - Bnk Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 10/31/2021 | Monthly Int, MIP Accrual & SF | $0.00 | $1,359.94 | $239.76 | $35.00 | $0.00 | **$1,634.70** |
| 10/27/2021 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 9/30/2021 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 9/30/2021 | Monthly Int, MIP Accrual & SF | $0.00 | $1,359.37 | $239.24 | $35.00 | $0.00 | **$1,633.61** |
| 9/24/2021 | Part Repay - Transferred Prop Charges | $0.00 | $0.00 | ($472.59) | $0.00 | $0.00 | **($472.59)** |
| 9/13/2021 | Corp Adv - S305 - Taxes | $0.00 | $0.00 | $0.00 | $0.00 | $3,724.67 | **$3,724.67** |
| 8/31/2021 | Monthly Int, MIP Accrual & SF | $0.00 | $1,358.11 | $238.60 | $35.00 | $0.00 | **$1,631.71** |
| 8/20/2021 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 8/4/2021 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 7/31/2021 | Monthly Int, MIP Accrual & SF | $0.00 | $1,349.50 | $237.92 | $35.00 | $0.00 | **$1,622.42** |
| 6/30/2021 | Monthly Int, MIP Accrual & SF | $0.00 | $1,357.51 | $237.24 | $35.00 | $0.00 | **$1,629.75** |
| 6/18/2021 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 6/9/2021 | Corp Adv - S307 - Recording Fees | $0.00 | $0.00 | $0.00 | $0.00 | $98.00 | **$98.00** |
| 5/31/2021 | Monthly Int, MIP Accrual & SF | $0.00 | $1,351.75 | $236.57 | $35.00 | $0.00 | **$1,623.32** |
| 5/19/2021 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 4/30/2021 | Monthly Int, MIP Accrual & SF | $0.00 | $1,353.54 | $235.89 | $35.00 | $0.00 | **$1,624.43** |
| 4/23/2021 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 3/31/2021 | Monthly Int, MIP Accrual & SF | $0.00 | $1,352.49 | $235.22 | $35.00 | $0.00 | **$1,622.71** |
| 3/23/2021 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 2/28/2021 | Monthly Int, MIP Accrual & SF | $0.00 | $1,357.97 | $234.54 | $35.00 | $0.00 | **$1,627.51** |
| 2/24/2021 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 2/2/2021 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 1/31/2021 | Monthly Int, MIP Accrual & SF | $0.00 | $1,358.72 | $233.86 | $35.00 | $0.00 | **$1,627.58** |
| 12/31/2020 | Monthly Int, MIP Accrual & SF | $0.00 | $1,355.26 | $233.18 | $35.00 | $0.00 | **$1,623.44** |
| 12/21/2020 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 11/30/2020 | Monthly Int, MIP Accrual & SF | $0.00 | $1,346.70 | $232.51 | $35.00 | $0.00 | **$1,614.21** |
| 11/12/2020 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 10/31/2020 | Monthly Int, MIP Accrual & SF | $0.00 | $1,347.90 | $231.84 | $35.00 | $0.00 | **$1,614.74** |
| 10/16/2020 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 9/30/2020 | Monthly Int, MIP Accrual & SF | $0.00 | $1,351.38 | $231.16 | $35.00 | $0.00 | **$1,617.54** |
| 9/23/2020 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 8/31/2020 | Monthly Int, MIP Accrual & SF | $0.00 | $1,349.75 | $230.49 | $35.00 | $0.00 | **$1,615.24** |
| 8/25/2020 | Corp Adv - S310 - Bnk Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $300.00 | **$300.00** |
| 8/19/2020 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |

**PHH** MORTGAGE

## PHH Mortgage Services
**Loan Balance History**

User: janetcar  **Run Time:** 11/11/2021 11:07:18 AM

**Good Through Date:** 11/11/2021 12:00:00 AM

**Report Description:** Displays all the transactions for the selected loan

**Propery Address:** 4068 NEWTON STREET, TORRANCE, CA, 90505

| Date | Description | | | | | | |
|------|-------------|---|---|---|---|---|---|
| 8/14/2020 | Corp Adv - S310 - Bnk Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $350.00 | **$350.00** |
| 8/3/2020 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 7/31/2020 | Monthly Int, MIP Accrual & SF | $0.00 | $1,348.11 | $229.82 | $35.00 | $0.00 | **$1,612.93** |
| 6/30/2020 | Monthly Int, MIP Accrual & SF | $0.00 | $1,462.11 | $229.10 | $35.00 | $0.00 | **$1,726.21** |
| 6/19/2020 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 5/31/2020 | Monthly Int, MIP Accrual & SF | $0.00 | $1,707.06 | $228.28 | $35.00 | $0.00 | **$1,970.34** |
| 5/20/2020 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 4/30/2020 | Monthly Int, MIP Accrual & SF | $0.00 | $1,939.38 | $227.36 | $35.00 | $0.00 | **$2,201.74** |
| 4/24/2020 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 4/8/2020 | Corp Adv - S305 - Taxes | $0.00 | $0.00 | $0.00 | $0.00 | $2,918.26 | **$2,918.26** |
| 4/6/2020 | Corp Adv - S409 - Appraisal Fees | $0.00 | $0.00 | $0.00 | $0.00 | $385.00 | **$385.00** |
| 3/31/2020 | Monthly Int, MIP Accrual & SF | $0.00 | $1,997.02 | $226.42 | $35.00 | $0.00 | **$2,258.44** |
| 3/30/2020 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 3/9/2020 | Corp Adv - S305 - Taxes | $0.00 | $0.00 | $0.00 | $0.00 | $3,210.10 | **$3,210.10** |
| 3/2/2020 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 2/29/2020 | Monthly Int, MIP Accrual & SF | $0.00 | $2,051.20 | $225.46 | $35.00 | $0.00 | **$2,311.66** |
| 2/6/2020 | Corp Adv - S306 - Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 2/6/2020 | Corp Adv - S306 - Attorney Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 2/6/2020 | Corp Adv - S306 - Trustee Fees | $0.00 | $0.00 | $0.00 | $0.00 | $712.50 | **$712.50** |
| 2/6/2020 | Corp Adv - S307 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $25.60 | **$25.60** |
| 1/31/2020 | Monthly Int, MIP Accrual & SF | $0.00 | $1,996.85 | $224.52 | $35.00 | $0.00 | **$2,256.37** |
| 1/30/2020 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 1/23/2020 | Corp Adv - S307 - Recording Fees | $0.00 | $0.00 | $0.00 | $0.00 | $95.00 | **$95.00** |
| 1/22/2020 | Corp Adv - S307 - Recording Fees | $0.00 | $0.00 | $0.00 | $0.00 | $111.00 | **$111.00** |
| 1/7/2020 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 12/31/2019 | Monthly Int, MIP Accrual & SF | $0.00 | $2,036.63 | $223.56 | $35.00 | $0.00 | **$2,295.19** |
| 12/10/2019 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 12/9/2019 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 12/9/2019 | Corp Adv - S307 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $825.00 | **$825.00** |
| 11/30/2019 | Monthly Int, MIP Accrual & SF | $0.00 | $2,128.62 | $222.57 | $35.00 | $0.00 | **$2,386.19** |
| 11/27/2019 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 11/22/2019 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 11/22/2019 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | **$0.00** |
| 11/15/2019 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | **$20.00** |
| 10/31/2019 | Monthly Int, MIP Accrual & SF | $0.00 | $2,166.82 | $221.56 | $35.00 | $0.00 | **$2,423.38** |
| 10/31/2019 | Corp Adv - S409 - Appraisal Fees | $0.00 | $0.00 | $0.00 | $0.00 | $560.00 | **$560.00** |

**PHH MORTGAGE**

## PHH Mortgage Services
**Loan Balance History**

**User:** janetcar  **Run Time:** 11/11/2021 11:07:18 AM

███████████  **Good Through Date:** 11/11/2021 12:00:00 AM

**Report Description:** Displays all the transactions for the selected loan

**Propery Address:** 4068 NEWTON STREET, TORRANCE, CA, 90505

| Date | Description | | | | | | |
|---|---|---:|---:|---:|---:|---:|---:|
| 10/28/2019 | Corp Adv - S307 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/28/2019 | Corp Adv - S307 - Title Examination Fees | $0.00 | $0.00 | $0.00 | $0.00 | $325.00 | $325.00 |
| 10/25/2019 | Corp Adv - S305 - Other | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/21/2019 | Corp Adv - Prop Preserve - Prop Inspect | $0.00 | $0.00 | $0.00 | $0.00 | $20.00 | $20.00 |
| 10/3/2019 | Loan Setup - Advances (Principal) | $1,788.96 | $0.00 | $0.00 | $0.00 | $0.00 | $1,788.96 |
| 10/3/2019 | Loan Setup - Sch Payment (Principal) | $344,538.23 | $0.00 | $0.00 | $0.00 | $0.00 | $344,538.23 |
| 10/3/2019 | Loan Setup - Interest Balance | $0.00 | $144,637.64 | $0.00 | $0.00 | $0.00 | $144,637.64 |
| 10/3/2019 | Loan Setup - Monthly MIP Balance | $0.00 | $0.00 | $31,763.70 | $0.00 | $0.00 | $31,763.70 |
| 10/3/2019 | Loan Setup - Service Fee Balance | $0.00 | $0.00 | $0.00 | $4,340.00 | $0.00 | $4,340.00 |
| 10/3/2019 | Loan Setup - Property Charges Balance | $4,665.34 | $0.00 | $0.00 | $0.00 | $0.00 | $4,665.34 |
| **Totals:** | | **$350,992.53** | **$183,781.33** | **$37,077.78** | **$5,215.00** | **$14,160.13** | **$591,226.77** |

| Effective Date | Description | Sched | Int/Serv | MIP | Balance |
|---|---|---|---|---|---|
| 6/9/2009 | Advance at Closing | $238,437.85 | $0.00 | $0.00 | $238,437.85 |
| 6/9/2009 | Flood Determination Fee (Finance Charge) | $11.00 | $0.00 | $0.00 | $238,448.85 |
| 6/9/2009 | Origination Fee (Finance Charge) | $6,000.00 | $0.00 | $0.00 | $244,448.85 |
| 6/9/2009 | Closing Cost | $3,911.33 | $0.00 | $0.00 | $248,360.18 |
| 6/9/2009 | Settlement Closing Fee (Finance Charge) | $350.00 | $0.00 | $0.00 | $248,710.18 |
| 6/9/2009 | Mortgage Insurance (Finance Charge) | $0.00 | $0.00 | $11,000.00 | $259,710.18 |
| 6/30/2009 | Mortgage Insurance (Finance Charge) | $0.00 | $0.00 | $74.71 | $259,784.89 |
| 6/30/2009 | Finance Charges/Interest | $0.00 | $458.12 | $0.00 | $260,243.01 |
| 6/30/2009 | Servicing Fee (Finance Charge) | $0.00 | $35.00 | $0.00 | $260,278.01 |
| 7/31/2009 | Mortgage Insurance (Finance Charge) | $0.00 | $0.00 | $108.45 | $260,386.46 |
| 7/31/2009 | Finance Charges/Interest | $0.00 | $665.00 | $0.00 | $261,051.46 |
| 7/31/2009 | Servicing Fee (Finance Charge) | $0.00 | $35.00 | $0.00 | $261,086.46 |
| 8/31/2009 | Mortgage Insurance (Finance Charge) | $0.00 | $0.00 | $108.78 | $261,195.24 |
| 8/31/2009 | Finance Charges/Interest | $0.00 | $667.08 | $0.00 | $261,862.32 |
| 8/31/2009 | Servicing Fee (Finance Charge) | $0.00 | $35.00 | $0.00 | $261,897.32 |
| 9/30/2009 | Mortgage Insurance (Finance Charge) | $0.00 | $0.00 | $109.13 | $262,006.45 |
| 9/30/2009 | Finance Charges/Interest | $0.00 | $662.38 | $0.00 | $262,668.83 |
| 9/30/2009 | Servicing Fee (Finance Charge) | $0.00 | $35.00 | $0.00 | $262,703.83 |
| 10/31/2009 | Mortgage Insurance (Finance Charge) | $0.00 | $0.00 | $109.46 | $262,813.29 |
| 10/31/2009 | Finance Charges/Interest | $0.00 | $658.67 | $0.00 | $263,471.96 |
| 10/31/2009 | Servicing Fee (Finance Charge) | $0.00 | $35.00 | $0.00 | $263,506.96 |
| 11/30/2009 | Mortgage Insurance (Finance Charge) | $0.00 | $0.00 | $109.79 | $263,616.75 |
| 11/30/2009 | Finance Charges/Interest | $0.00 | $657.95 | $0.00 | $264,274.70 |
| 11/30/2009 | Servicing Fee (Finance Charge) | $0.00 | $35.00 | $0.00 | $264,309.70 |
| 12/31/2009 | Mortgage Insurance (Finance Charge) | $0.00 | $0.00 | $110.13 | $264,419.83 |
| 12/31/2009 | Finance Charges/Interest | $0.00 | $659.40 | $0.00 | $265,079.23 |
| 12/31/2009 | Servicing Fee (Finance Charge) | $0.00 | $35.00 | $0.00 | $265,114.23 |
| 1/31/2010 | Mortgage Insurance (Finance Charge) | $0.00 | $0.00 | $110.46 | $265,224.69 |
| 1/31/2010 | Finance Charges/Interest | $0.00 | $659.54 | $0.00 | $265,884.23 |
| 1/31/2010 | Servicing Fee (Finance Charge) | $0.00 | $35.00 | $0.00 | $265,919.23 |
| 2/28/2010 | Mortgage Insurance (Finance Charge) | $0.00 | $0.00 | $110.80 | $266,030.03 |
| 2/28/2010 | Finance Charges/Interest | $0.00 | $660.63 | $0.00 | $266,690.66 |
| 2/28/2010 | Servicing Fee (Finance Charge) | $0.00 | $35.00 | $0.00 | $266,725.66 |
| 3/31/2010 | Mortgage Insurance (Finance Charge) | $0.00 | $0.00 | $111.14 | $266,836.80 |
| 3/31/2010 | Finance Charges/Interest | $0.00 | $662.60 | $0.00 | $267,499.40 |
| 3/31/2010 | Servicing Fee (Finance Charge) | $0.00 | $35.00 | $0.00 | $267,534.40 |
| 4/30/2010 | Mortgage Insurance (Finance Charge) | $0.00 | $0.00 | $111.47 | $267,645.87 |
| 4/30/2010 | Finance Charges/Interest | $0.00 | $664.16 | $0.00 | $268,310.03 |
| 4/30/2010 | Servicing Fee (Finance Charge) | $0.00 | $35.00 | $0.00 | $268,345.03 |

| Date | Description | | | |
|---|---|---|---|---|
| 5/31/2010 | Mortgage Insurance (Finance Charge) | $0.00 | $111.81 | $268,456.84 |
| 5/31/2010 | Finance Charges/Interest | $0.00 | $0.00 | $269,127.04 |
| 5/31/2010 | Servicing Fee (Finance Charge) | $35.00 | $0.00 | $269,162.04 |
| 6/30/2010 | Mortgage Insurance (Finance Charge) | $0.00 | $112.15 | $269,274.19 |
| 6/30/2010 | Finance Charges/Interest | $676.04 | $0.00 | $269,950.23 |
| 6/30/2010 | Servicing Fee (Finance Charge) | $35.00 | $0.00 | $269,985.23 |
| 7/6/2010 | Unscheduled Payment- Banking Center Draw | $5,000.00 | $0.00 | $274,985.23 |
| 7/31/2010 | Mortgage Insurance (Finance Charge) | $0.00 | $114.21 | $275,099.44 |
| 7/31/2010 | Finance Charges/Interest | $708.30 | $0.00 | $275,807.74 |
| 7/31/2010 | Servicing Fee (Finance Charge) | $35.00 | $0.00 | $275,842.74 |
| 8/3/2010 | Lender Advance Tax Payment | $7,325.53 | $0.00 | $283,168.27 |
| 8/31/2010 | Mortgage Insurance (Finance Charge) | $0.00 | $117.74 | $283,286.01 |
| 8/31/2010 | Finance Charges/Interest | $729.32 | $0.00 | $284,015.33 |
| 8/31/2010 | Servicing Fee (Finance Charge) | $35.00 | $0.00 | $284,050.33 |
| 9/30/2010 | Mortgage Insurance (Finance Charge) | $0.00 | $118.36 | $284,168.69 |
| 9/30/2010 | Finance Charges/Interest | $723.14 | $0.00 | $284,891.83 |
| 9/30/2010 | Servicing Fee (Finance Charge) | $35.00 | $0.00 | $284,926.83 |
| 10/31/2010 | Mortgage Insurance (Finance Charge) | $0.00 | $118.72 | $285,045.55 |
| 10/31/2010 | Finance Charges/Interest | $714.45 | $0.00 | $285,760.00 |
| 10/31/2010 | Servicing Fee (Finance Charge) | $35.00 | $0.00 | $285,795.00 |
| 11/30/2010 | Mortgage Insurance (Finance Charge) | $0.00 | $119.08 | $285,914.08 |
| 11/30/2010 | Finance Charges/Interest | $715.92 | $0.00 | $286,630.00 |
| 11/30/2010 | Servicing Fee (Finance Charge) | $35.00 | $0.00 | $286,665.00 |
| 12/14/2010 | Unscheduled Payment- Banking Center Draw | $20,000.00 | $0.00 | $306,665.00 |
| 12/31/2010 | Counseling Fee Refund (Finance Charge) | -$35.85 | $0.00 | $306,629.15 |
| 12/31/2010 | Interest Adjustment for Refund (Finance Charge) | -$3.46 | $0.00 | $306,625.69 |
| 12/31/2010 | MIP Adjustment for Refund (Finance Charge) | $0.00 | -$0.57 | $306,625.12 |
| 12/31/2010 | Mortgage Insurance (Finance Charge) | $0.00 | $124.10 | $306,749.22 |
| 12/31/2010 | Finance Charges/Interest | $745.59 | $0.00 | $307,494.81 |
| 12/31/2010 | Servicing Fee (Finance Charge) | $35.00 | $0.00 | $307,529.81 |
| 1/31/2011 | Mortgage Insurance (Finance Charge) | $0.00 | $128.14 | $307,657.95 |
| 1/31/2011 | Finance Charges/Interest | $769.85 | $0.00 | $308,427.80 |
| 1/31/2011 | Servicing Fee (Finance Charge) | $35.00 | $0.00 | $308,462.80 |
| 2/28/2011 | Mortgage Insurance (Finance Charge) | $0.00 | $128.52 | $308,591.32 |
| 2/28/2011 | Finance Charges/Interest | $773.99 | $0.00 | $309,365.31 |
| 2/28/2011 | Servicing Fee (Finance Charge) | $35.00 | $0.00 | $309,400.31 |
| 3/31/2011 | Mortgage Insurance (Finance Charge) | $0.00 | $128.92 | $309,529.23 |
| 3/31/2011 | Finance Charges/Interest | $776.08 | $0.00 | $310,305.31 |
| 3/31/2011 | Servicing Fee (Finance Charge) | $35.00 | $0.00 | $310,340.31 |
| 4/30/2011 | Mortgage Insurance (Finance Charge) | $0.00 | $129.31 | $310,469.62 |

| Date | Description | | | | Balance |
|------|-------------|------|------|------|---------|
| 4/30/2011 | Finance Charges/Interest | $0.00 | $778.70 | $0.00 | $311,248.32 |
| 4/30/2011 | Servicing Fee (Finance Charge) | $0.00 | $35.00 | $0.00 | $311,283.32 |
| 5/31/2011 | Mortgage Insurance (Finance Charge) | $0.00 | $0.00 | $129.70 | $311,413.02 |
| 5/31/2011 | Finance Charges/Interest | $0.00 | $777.68 | $0.00 | $312,190.70 |
| 5/31/2011 | Servicing Fee (Finance Charge) | $0.00 | $35.00 | $0.00 | $312,225.70 |
| 6/30/2011 | Mortgage Insurance (Finance Charge) | $0.00 | $0.00 | $130.09 | $312,355.79 |
| 6/30/2011 | Finance Charges/Interest | $0.00 | $770.17 | $0.00 | $313,125.96 |
| 6/30/2011 | Servicing Fee (Finance Charge) | $0.00 | $35.00 | $0.00 | $313,160.96 |
| 7/31/2011 | Mortgage Insurance (Finance Charge) | $0.00 | $0.00 | $130.49 | $313,291.45 |
| 7/31/2011 | Finance Charges/Interest | $0.00 | $767.50 | $0.00 | $314,058.95 |
| 7/31/2011 | Servicing Fee (Finance Charge) | $0.00 | $35.00 | $0.00 | $314,093.95 |
| 8/24/2011 | Unscheduled Payment- Banking Center Draw | $15,000.00 | $0.00 | $0.00 | $329,093.95 |
| 8/31/2011 | Mortgage Insurance (Finance Charge) | $0.00 | $0.00 | $132.31 | $329,226.26 |
| 8/31/2011 | Finance Charges/Interest | $0.00 | $776.92 | $0.00 | $330,003.18 |
| 8/31/2011 | Servicing Fee (Finance Charge) | $0.00 | $35.00 | $0.00 | $330,038.18 |
| 9/30/2011 | Mortgage Insurance (Finance Charge) | $0.00 | $0.00 | $137.51 | $330,175.69 |
| 9/30/2011 | Finance Charges/Interest | $0.00 | $808.87 | $0.00 | $330,984.56 |
| 9/30/2011 | Servicing Fee (Finance Charge) | $0.00 | $35.00 | $0.00 | $331,019.56 |
| 10/31/2011 | Mortgage Insurance (Finance Charge) | $0.00 | $0.00 | $137.93 | $331,157.49 |
| 10/31/2011 | Finance Charges/Interest | $0.00 | $819.56 | $0.00 | $331,977.05 |
| 10/31/2011 | Servicing Fee (Finance Charge) | $0.00 | $35.00 | $0.00 | $332,012.05 |
| 11/14/2011 | Unscheduled Payment- Banking Center Draw | $6,800.00 | $0.00 | $0.00 | $338,812.05 |
| 11/28/2011 | Unscheduled Payment- Banking Center Draw | $10,460.00 | $0.00 | $0.00 | $349,272.05 |
| 11/30/2011 | Mortgage Insurance (Finance Charge) | $0.00 | $0.00 | $140.11 | $349,412.16 |
| 11/30/2011 | Finance Charges/Interest | $0.00 | $836.76 | $0.00 | $350,248.92 |
| 11/30/2011 | Servicing Fee (Finance Charge) | $0.00 | $35.00 | $0.00 | $350,283.92 |
| 12/31/2011 | Mortgage Insurance (Finance Charge) | $0.00 | $0.00 | $145.96 | $350,429.88 |
| 12/31/2011 | Finance Charges/Interest | $0.00 | $874.54 | $0.00 | $351,304.42 |
| 12/31/2011 | Servicing Fee (Finance Charge) | $0.00 | $35.00 | $0.00 | $351,339.42 |
| 1/31/2012 | Mortgage Insurance (Finance Charge) | $0.00 | $0.00 | $146.39 | $351,485.81 |
| 1/31/2012 | Finance Charges/Interest | $0.00 | $880.99 | $0.00 | $352,366.80 |
| 1/31/2012 | Servicing Fee (Finance Charge) | $0.00 | $35.00 | $0.00 | $352,401.80 |
| 2/29/2012 | Mortgage Insurance (Finance Charge) | $0.00 | $0.00 | $146.83 | $352,548.63 |
| 2/29/2012 | Finance Charges/Interest | $0.00 | $883.65 | $0.00 | $353,432.28 |
| 2/29/2012 | Servicing Fee (Finance Charge) | $0.00 | $35.00 | $0.00 | $353,467.28 |
| 3/31/2012 | Mortgage Insurance (Finance Charge) | $0.00 | $0.00 | $147.28 | $353,614.56 |
| 3/31/2012 | Finance Charges/Interest | $0.00 | $889.55 | $0.00 | $354,504.11 |
| 3/31/2012 | Servicing Fee (Finance Charge) | $0.00 | $35.00 | $0.00 | $354,539.11 |
| 4/30/2012 | Mortgage Insurance (Finance Charge) | $0.00 | $0.00 | $147.72 | $354,686.83 |
| 4/30/2012 | Finance Charges/Interest | $0.00 | $884.58 | $0.00 | $355,571.41 |

| Date | Description | | | Balance |
|---|---|---|---|---|
| 4/30/2012 | Servicing Fee (Finance Charge) | $0.00 | $35.00 | $0.00 | $355,606.41 |
| 5/31/2012 | Mortgage Insurance (Finance Charge) | $0.00 | $0.00 | $148.17 | $355,754.58 |
| 5/31/2012 | Finance Charges/Interest | $0.00 | $886.35 | $0.00 | $356,640.93 |
| 5/31/2012 | Servicing Fee (Finance Charge) | $0.00 | $35.00 | $0.00 | $356,675.93 |
| 6/30/2012 | Mortgage Insurance (Finance Charge) | $0.00 | $0.00 | $148.62 | $356,824.55 |
| 6/30/2012 | Finance Charges/Interest | $0.00 | $888.41 | $0.00 | $357,712.96 |
| 6/30/2012 | Servicing Fee (Finance Charge) | $0.00 | $35.00 | $0.00 | $357,747.96 |
| 7/31/2012 | Mortgage Insurance (Finance Charge) | $0.00 | $0.00 | $149.06 | $357,897.02 |
| 7/31/2012 | Finance Charges/Interest | $0.00 | $891.10 | $0.00 | $358,788.12 |
| 7/31/2012 | Servicing Fee (Finance Charge) | $0.00 | $35.00 | $0.00 | $358,823.12 |
| 8/2/2012 | Lender Advance Tax Payment | $2,822.42 | $0.00 | $0.00 | $361,645.54 |
| 8/31/2012 | Mortgage Insurance (Finance Charge) | $0.00 | $0.00 | $150.63 | $361,796.17 |
| 8/31/2012 | Finance Charges/Interest | $0.00 | $902.59 | $0.00 | $362,698.76 |
| 8/31/2012 | Servicing Fee (Finance Charge) | $0.00 | $35.00 | $0.00 | $362,733.76 |

| DTM_EFF_DATE | CUR_TRAN_AMT | CUR_SCH_PYMT_UPB | CUR_SCH_PYMT_INT | CUR_SCH_PYMT_MIP | CUR_UNSCH_PYMT_INT | CUR_SRV_FEES |
|---|---|---|---|---|---|---|
| 9/1/2012 | $ - | $ 292,175.49 | $ 29,392.87 | $ 15,893.61 | $ - | $ 35.00 |
| 9/29/2012 | $ - | $ 293,061.69 | $ 30,122.33 | $ 16,015.35 | $ 176.16 | $ 35.00 |
| 10/31/2012 | $ - | $ 293,947.79 | $ 30,851.33 | $ 16,137.46 | $ 352.19 | $ 35.00 |
| 11/30/2012 | $ 1,089.34 | $ 294,831.32 | $ 31,577.38 | $ 16,259.94 | $ 528.29 | $ 35.00 |
| 12/31/2012 | $ 1,105.35 | $ 295,716.91 | $ 32,305.12 | $ 16,382.78 | $ 716.32 | $ 35.00 |
| 1/23/2013 | $ 22,301.00 | $ 295,716.91 | $ 32,305.12 | $ 16,382.78 | $ 716.32 | $ 35.00 |
| 1/25/2013 | $ 22,301.06 | $ 295,716.91 | $ 32,305.12 | $ 16,382.78 | $ 716.32 | $ 35.00 |
| 1/31/2013 | $ - | $ 296,604.32 | $ 33,034.31 | $ 16,506.00 | $ 915.54 | $ 35.00 |
| 2/28/2013 | $ - | $ 297,494.53 | $ 33,765.93 | $ 16,629.58 | $ 1,159.57 | $ 35.00 |
| 3/29/2013 | $ - | $ 298,385.81 | $ 34,498.26 | $ 16,753.54 | $ 1,403.80 | $ 35.00 |
| 4/30/2013 | $ - | $ 299,279.42 | $ 35,232.54 | $ 16,877.87 | $ 1,648.65 | $ 35.00 |
| 5/31/2013 | $ - | $ 300,175.84 | $ 35,969.27 | $ 17,002.57 | $ 1,894.29 | $ 35.00 |
| 6/28/2013 | $ - | $ 301,073.35 | $ 36,706.70 | $ 17,127.64 | $ 2,140.14 | $ 35.00 |
| 7/31/2013 | $ - | $ 301,972.18 | $ 37,445.08 | $ 17,253.09 | $ 2,386.27 | $ 35.00 |
| 8/30/2013 | $ 1,190.86 | $ 302,874.09 | $ 38,186.17 | $ 17,378.91 | $ 2,633.28 | $ 35.00 |
| 9/30/2013 | $ 1,191.25 | $ 303,776.32 | $ 38,927.20 | $ 17,505.11 | $ 2,880.24 | $ 35.00 |
| 10/29/2013 | $ - | $ 303,776.32 | $ 38,927.20 | $ 17,505.11 | $ 2,880.24 | $ 35.00 |
| 10/31/2013 | $ 1,193.98 | $ 304,680.62 | $ 39,669.93 | $ 17,631.68 | $ 3,127.74 | $ 35.00 |
| 11/7/2013 | $ 325.00 | $ 304,680.62 | $ 39,669.93 | $ 17,631.68 | $ 3,127.74 | $ 35.00 |
| 11/29/2013 | $ - | $ 305,586.50 | $ 40,413.86 | $ 17,758.63 | $ 3,376.21 | $ 35.00 |
| 12/31/2013 | $ 1,196.67 | $ 306,492.17 | $ 41,157.20 | $ 17,885.96 | $ 3,624.65 | $ 35.00 |
| 1/3/2014 | $ 1,625.00 | $ 306,492.17 | $ 41,157.20 | $ 17,885.96 | $ 3,624.65 | $ 35.00 |
| 1/26/2014 | $ 20.00 | $ 306,492.17 | $ 41,157.20 | $ 17,885.96 | $ 3,624.65 | $ 35.00 |
| 1/31/2014 | $ - | $ 307,400.17 | $ 41,902.49 | $ 18,013.67 | $ 3,877.58 | $ 35.00 |
| 2/28/2014 | $ 1,208.55 | $ 308,311.00 | $ 42,650.24 | $ 18,141.75 | $ 4,131.76 | $ 35.00 |
| 3/17/2014 | $ 2,542.05 | $ 308,311.00 | $ 42,650.24 | $ 18,141.75 | $ 4,131.76 | $ 35.00 |
| 3/28/2014 | $ - | $ 308,311.00 | $ 42,650.24 | $ 18,141.75 | $ 4,131.76 | $ 35.00 |
| 3/31/2014 | $ - | $ 309,222.37 | $ 43,398.15 | $ 18,270.21 | $ 4,388.86 | $ 35.00 |
| 4/24/2014 | $ - | $ 309,222.37 | $ 43,398.15 | $ 18,270.21 | $ 4,388.86 | $ 35.00 |
| 4/24/2014 | $ 20.00 | $ 309,222.37 | $ 43,398.15 | $ 18,270.21 | $ 4,388.86 | $ 35.00 |
| 4/30/2014 | $ 1,218.25 | $ 310,135.04 | $ 44,146.98 | $ 18,399.05 | $ 4,649.58 | $ 35.00 |
| 5/16/2014 | $ (173.63) | $ 310,135.04 | $ 44,146.98 | $ 18,399.05 | $ 4,649.58 | $ 35.00 |
| 5/30/2014 | $ - | $ 311,049.27 | $ 44,896.99 | $ 18,528.27 | $ 4,910.93 | $ 35.00 |
| 6/30/2014 | $ 1,223.61 | $ 311,966.09 | $ 45,649.21 | $ 18,657.87 | $ 5,172.63 | $ 35.00 |
| 7/16/2014 | $ (173.63) | $ 311,966.09 | $ 45,649.21 | $ 18,657.87 | $ 5,172.63 | $ 35.00 |
| 7/31/2014 | $ - | $ 312,885.26 | $ 46,403.39 | $ 18,787.86 | $ 5,434.53 | $ 35.00 |
| 8/29/2014 | $ 1,229.57 | $ 313,807.29 | $ 47,160.05 | $ 18,918.23 | $ 5,696.87 | $ 35.00 |
| 9/16/2014 | $ (173.63) | $ 313,807.29 | $ 47,160.05 | $ 18,847.04 | $ 5,696.87 | $ 35.00 |
| 9/24/2014 | $ (2.86) | $ 313,807.29 | $ 47,160.05 | $ 18,847.04 | $ 5,696.87 | $ 35.00 |
| 9/30/2014 | $ - | $ 314,732.98 | $ 47,919.99 | $ 18,977.79 | $ 5,957.21 | $ 35.00 |
| 9/1/2012 | $ - | $ 292,175.49 | $ 29,392.87 | $ 15,893.61 | $ - | $ 35.00 |
| 9/29/2012 | $ 1,091.76 | $ 293,061.69 | $ 30,122.33 | $ 16,015.35 | $ 176.16 | $ 35.00 |
| 10/31/2012 | $ 1,091.61 | $ 293,947.79 | $ 30,851.33 | $ 16,137.46 | $ 352.19 | $ 35.00 |
| 11/28/2012 | $ 5,000.00 | $ 293,947.79 | $ 30,851.33 | $ 16,137.46 | $ 352.19 | $ 35.00 |
| 11/30/2012 | $ - | $ 294,831.32 | $ 31,577.38 | $ 16,259.94 | $ 528.29 | $ 35.00 |
| 12/31/2012 | $ - | $ 295,716.91 | $ 32,305.12 | $ 16,382.78 | $ 716.32 | $ 35.00 |
| 1/23/2013 | $ (22,301.00) | $ 295,716.91 | $ 32,305.12 | $ 16,382.78 | $ 716.32 | $ 35.00 |
| 1/31/2013 | $ 1,120.29 | $ 296,604.32 | $ 33,034.31 | $ 16,506.00 | $ 915.54 | $ 35.00 |
| 2/28/2013 | $ 1,175.45 | $ 297,494.53 | $ 33,765.93 | $ 16,629.58 | $ 1,159.57 | $ 35.00 |
| 3/29/2013 | $ 1,176.86 | $ 298,385.81 | $ 34,498.26 | $ 16,753.54 | $ 1,403.80 | $ 35.00 |
| 4/30/2013 | $ 1,179.92 | $ 299,279.42 | $ 35,232.54 | $ 16,877.87 | $ 1,648.65 | $ 35.00 |
| 5/31/2013 | $ 1,183.64 | $ 300,175.84 | $ 35,969.27 | $ 17,002.57 | $ 1,894.29 | $ 35.00 |
| 6/28/2013 | $ 1,185.05 | $ 301,073.35 | $ 36,706.70 | $ 17,127.64 | $ 2,140.14 | $ 35.00 |
| 7/31/2013 | $ 1,186.78 | $ 301,972.18 | $ 37,445.08 | $ 17,253.09 | $ 2,386.27 | $ 35.00 |
| 8/1/2013 | $ - | $ 301,972.18 | $ 37,445.08 | $ 17,253.09 | $ 2,386.27 | $ 35.00 |
| 8/30/2013 | $ - | $ 302,874.09 | $ 38,186.17 | $ 17,378.91 | $ 2,633.28 | $ 35.00 |
| 9/30/2013 | $ - | $ 303,776.32 | $ 38,927.20 | $ 17,505.11 | $ 2,880.24 | $ 35.00 |
| 10/29/2013 | $ - | $ 303,776.32 | $ 38,927.20 | $ 17,505.11 | $ 2,880.24 | $ 35.00 |
| 10/31/2013 | $ - | $ 304,680.62 | $ 39,669.93 | $ 17,631.68 | $ 3,127.74 | $ 35.00 |
| 11/29/2013 | $ 1,196.75 | $ 305,586.50 | $ 40,413.86 | $ 17,758.63 | $ 3,376.21 | $ 35.00 |
| 12/13/2013 | $ - | $ 305,586.50 | $ 40,413.86 | $ 17,758.63 | $ 3,376.21 | $ 35.00 |
| 12/31/2013 | $ - | $ 306,492.17 | $ 41,157.20 | $ 17,885.96 | $ 3,624.65 | $ 35.00 |
| 1/9/2014 | $ 125.00 | $ 306,492.17 | $ 41,157.20 | $ 17,885.96 | $ 3,624.65 | $ 35.00 |
| 1/31/2014 | $ 1,204.27 | $ 307,400.17 | $ 41,902.49 | $ 18,013.67 | $ 3,877.58 | $ 35.00 |
| 2/21/2014 | $ 20.00 | $ 307,400.17 | $ 41,902.49 | $ 18,013.67 | $ 3,877.58 | $ 35.00 |
| 2/28/2014 | $ - | $ 308,311.00 | $ 42,650.24 | $ 18,141.75 | $ 4,131.76 | $ 35.00 |
| 3/19/2014 | $ 20.00 | $ 308,311.00 | $ 42,650.24 | $ 18,141.75 | $ 4,131.76 | $ 35.00 |
| 3/31/2014 | $ 1,212.63 | $ 309,222.37 | $ 43,398.15 | $ 18,270.21 | $ 4,388.86 | $ 35.00 |
| 4/16/2014 | $ (173.63) | $ 309,222.37 | $ 43,398.15 | $ 18,270.21 | $ 4,388.86 | $ 35.00 |
| 4/24/2014 | $ 313.04 | $ 309,222.37 | $ 43,398.15 | $ 18,270.21 | $ 4,388.86 | $ 35.00 |
| 4/26/2014 | $ 20.00 | $ 309,222.37 | $ 43,398.15 | $ 18,270.21 | $ 4,388.86 | $ 35.00 |
| 4/30/2014 | $ - | $ 310,135.04 | $ 44,146.98 | $ 18,399.05 | $ 4,649.58 | $ 35.00 |
| 5/30/2014 | $ 1,220.60 | $ 311,049.27 | $ 44,896.99 | $ 18,528.27 | $ 4,910.93 | $ 35.00 |
| 6/17/2014 | $ (173.63) | $ 311,049.27 | $ 44,896.99 | $ 18,528.27 | $ 4,910.93 | $ 35.00 |
| 6/30/2014 | $ - | $ 311,966.09 | $ 45,649.21 | $ 18,657.87 | $ 5,172.63 | $ 35.00 |
| 7/31/2014 | $ 1,226.21 | $ 312,885.26 | $ 46,403.39 | $ 18,787.86 | $ 5,434.53 | $ 35.00 |
| 8/18/2014 | $ (173.63) | $ 312,885.26 | $ 46,403.39 | $ 18,787.86 | $ 5,434.53 | $ 35.00 |
| 8/29/2014 | $ - | $ 313,807.29 | $ 47,160.05 | $ 18,918.23 | $ 5,696.87 | $ 35.00 |
| 9/24/2014 | $ (125.00) | $ 313,807.29 | $ 47,160.05 | $ 18,847.04 | $ 5,696.87 | $ 35.00 |
| 9/30/2014 | $ 1,230.85 | $ 314,732.98 | $ 47,919.99 | $ 18,977.79 | $ 5,957.21 | $ 35.00 |
| 10/16/2014 | $ (173.63) | $ 314,732.98 | $ 47,919.99 | $ 18,848.98 | $ 5,957.21 | $ 35.00 |
| 10/22/2014 | $ - | $ 314,732.98 | $ 47,919.99 | $ 18,848.98 | $ 5,957.21 | $ 35.00 |
| 10/31/2014 | $ - | $ 315,661.04 | $ 48,681.91 | $ 18,980.12 | $ 6,221.42 | $ 35.00 |
| 11/21/2014 | $ 20.00 | $ 315,661.04 | $ 48,681.91 | $ 18,851.96 | $ 6,221.42 | $ 35.00 |
| 11/28/2014 | $ 1,243.56 | $ 316,591.47 | $ 49,445.81 | $ 18,983.49 | $ 6,488.56 | $ 35.00 |
| 12/18/2014 | $ 20.00 | $ 316,591.47 | $ 49,445.81 | $ 18,983.49 | $ 6,488.56 | $ 35.00 |

| Date | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/23/2014 | $ | - | $ | 316,591.47 | $ | 49,445.81 | $ | 18,846.02 | $ | 6,488.56 | $ | 35.00 |
| 12/31/2014 | $ | - | $ | 317,524.00 | $ | 50,211.43 | $ | 18,977.93 | $ | 6,756.00 | $ | 35.00 |
| 1/20/2015 | $ | (183.46) | $ | 317,524.00 | $ | 50,211.43 | $ | 18,840.55 | $ | 6,756.00 | $ | 35.00 |
| 1/30/2015 | $ | - | $ | 318,459.71 | $ | 50,979.84 | $ | 18,972.85 | $ | 7,023.94 | $ | 35.00 |
| 2/27/2015 | $ | 1,258.22 | $ | 319,402.05 | $ | 51,754.49 | $ | 18,968.21 | $ | 7,293.62 | $ | 35.00 |
| 3/20/2015 | $ | (183.46) | $ | 319,402.05 | $ | 51,754.49 | $ | 18,830.95 | $ | 7,293.62 | $ | 35.00 |
| 3/31/2015 | $ | - | $ | 320,346.81 | $ | 52,531.17 | $ | 18,964.03 | $ | 7,563.49 | $ | 35.00 |
| 4/30/2015 | $ | 1,265.79 | $ | 321,295.60 | $ | 53,311.48 | $ | 18,960.29 | $ | 7,834.18 | $ | 35.00 |
| 5/27/2015 | $ | (183.46) | $ | 321,295.60 | $ | 53,311.48 | $ | 18,823.14 | $ | 7,834.18 | $ | 35.00 |
| 5/29/2015 | $ | - | $ | 322,248.43 | $ | 54,095.44 | $ | 18,957.01 | $ | 8,105.73 | $ | 35.00 |
| 6/30/2015 | $ | - | $ | 323,205.06 | $ | 54,882.80 | $ | 19,091.28 | $ | 8,378.04 | $ | 35.00 |
| 7/31/2015 | $ | - | $ | 324,164.97 | $ | 55,673.04 | $ | 19,225.95 | $ | 8,651.31 | $ | 35.00 |
| 8/19/2015 | $ | - | $ | 324,164.97 | $ | 55,673.04 | $ | 19,225.95 | $ | 8,651.31 | $ | 35.00 |
| 8/31/2015 | $ | 1,284.50 | $ | 325,128.43 | $ | 56,466.43 | $ | 19,361.02 | $ | 8,925.65 | $ | 35.00 |
| 9/8/2015 | $ | - | $ | 325,128.43 | $ | 56,466.43 | $ | 19,361.02 | $ | 8,925.65 | $ | 35.00 |
| 9/18/2015 | $ | (160.00) | $ | 325,128.43 | $ | 56,466.43 | $ | 19,361.02 | $ | 8,925.65 | $ | 35.00 |
| 9/30/2015 | $ | 1,300.45 | $ | 326,095.19 | $ | 57,262.72 | $ | 19,496.49 | $ | 9,210.83 | $ | 35.00 |
| 10/6/2015 | $ | 440.00 | $ | 326,095.19 | $ | 57,262.72 | $ | 19,496.49 | $ | 9,210.83 | $ | 35.00 |
| 10/30/2015 | $ | 1,313.94 | $ | 327,067.44 | $ | 58,064.10 | $ | 19,632.36 | $ | 9,502.99 | $ | 35.00 |
| 11/20/2015 | $ | 20.00 | $ | 327,067.44 | $ | 58,064.10 | $ | 19,632.36 | $ | 9,502.99 | $ | 35.00 |
| 11/24/2015 | $ | (308.00) | $ | 327,067.44 | $ | 58,064.10 | $ | 19,448.48 | $ | 9,502.99 | $ | 35.00 |
| 11/30/2015 | $ | - | $ | 328,041.13 | $ | 58,866.51 | $ | 19,584.76 | $ | 9,795.58 | $ | 35.00 |
| 12/31/2015 | $ | - | $ | 329,017.60 | $ | 59,671.30 | $ | 19,721.44 | $ | 10,088.43 | $ | 35.00 |
| 1/29/2016 | $ | 1,341.55 | $ | 330,010.59 | $ | 60,492.20 | $ | 19,858.53 | $ | 10,387.11 | $ | 35.00 |
| 2/9/2016 | $ | - | $ | 330,010.59 | $ | 60,492.20 | $ | 19,858.53 | $ | 10,387.11 | $ | 35.00 |
| 2/29/2016 | $ | 1,412.23 | $ | 331,055.42 | $ | 61,364.53 | $ | 19,996.03 | $ | 10,704.48 | $ | 35.00 |
| 3/18/2016 | $ | - | $ | 331,055.42 | $ | 61,364.53 | $ | 19,996.03 | $ | 10,704.48 | $ | 35.00 |
| 3/31/2016 | $ | 1,418.11 | $ | 332,104.55 | $ | 62,240.72 | $ | 20,133.97 | $ | 11,023.27 | $ | 35.00 |
| 4/1/2016 | $ | 267.57 | $ | 332,104.55 | $ | 62,240.72 | $ | 20,133.97 | $ | 11,023.27 | $ | 35.00 |
| 4/29/2016 | $ | 1,428.24 | $ | 333,160.50 | $ | 63,123.29 | $ | 20,272.35 | $ | 11,345.10 | $ | 35.00 |
| 5/16/2016 | $ | 20.00 | $ | 333,160.50 | $ | 63,123.29 | $ | 20,272.35 | $ | 11,345.10 | $ | 35.00 |
| 5/31/2016 | $ | - | $ | 334,218.58 | $ | 64,007.55 | $ | 20,411.17 | $ | 11,667.60 | $ | 35.00 |
| 6/30/2016 | $ | 1,436.07 | $ | 335,280.19 | $ | 64,894.90 | $ | 20,550.43 | $ | 11,991.26 | $ | 35.00 |
| 7/13/2016 | $ | 20.00 | $ | 335,280.19 | $ | 64,894.90 | $ | 20,550.43 | $ | 11,991.26 | $ | 35.00 |
| 7/29/2016 | $ | - | $ | 336,350.93 | $ | 65,790.94 | $ | 20,690.13 | $ | 12,318.09 | $ | 35.00 |
| 8/1/2016 | $ | (624.54) | $ | 326,705.76 | $ | 65,790.94 | $ | 11,044.96 | $ | 12,318.09 | $ | 35.00 |
| 8/1/2016 | $ | 9,020.63 | $ | 320,728.38 | $ | 65,790.94 | $ | 14,088.21 | $ | 12,318.09 | $ | 35.00 |
| 8/1/2016 | $ | (9,020.63) | $ | 320,728.38 | $ | 65,790.94 | $ | 6,144.47 | $ | 12,318.09 | $ | 35.00 |
| 8/2/2016 | $ | - | $ | 320,728.38 | $ | 65,790.94 | $ | 5,519.93 | $ | 12,318.09 | $ | 35.00 |
| 8/11/2016 | $ | 20.00 | $ | 320,728.38 | $ | 65,790.94 | $ | 5,519.93 | $ | 12,318.09 | $ | 35.00 |
| 8/15/2016 | $ | 18.00 | $ | 320,728.38 | $ | 65,790.94 | $ | 5,519.93 | $ | 12,318.09 | $ | 35.00 |
| 8/15/2016 | $ | 34.81 | $ | 320,728.38 | $ | 65,790.94 | $ | 5,519.93 | $ | 12,318.09 | $ | 35.00 |
| 8/15/2016 | $ | 712.50 | $ | 320,728.38 | $ | 65,790.94 | $ | 5,519.93 | $ | 12,318.09 | $ | 35.00 |
| 8/31/2016 | $ | - | $ | 321,800.19 | $ | 66,687.60 | $ | 5,660.08 | $ | 12,606.23 | $ | 35.00 |
| 9/30/2016 | $ | - | $ | 322,839.74 | $ | 67,558.07 | $ | 5,794.16 | $ | 12,943.14 | $ | 35.00 |
| 10/31/2016 | $ | - | $ | 323,890.07 | $ | 68,438.88 | $ | 5,928.68 | $ | 13,284.01 | $ | 35.00 |
| 11/30/2016 | $ | 1,447.43 | $ | 326,809.54 | $ | 69,322.35 | $ | 6,063.68 | $ | 13,625.75 | $ | 35.00 |
| 12/1/2016 | $ | 2,700.79 | $ | 329,510.33 | $ | 69,322.35 | $ | 6,063.68 | $ | 13,625.75 | $ | 35.00 |
| 12/30/2016 | $ | - | $ | 330,584.00 | $ | 70,223.74 | $ | 6,200.96 | $ | 13,969.71 | $ | 35.00 |
| 1/31/2017 | $ | 1,502.54 | $ | 331,681.27 | $ | 71,148.27 | $ | 6,338.70 | $ | 14,322.43 | $ | 35.00 |
| 2/28/2017 | $ | 1,566.56 | $ | 332,824.91 | $ | 72,118.71 | $ | 6,476.90 | $ | 14,692.63 | $ | 35.00 |
| 3/24/2017 | $ | 664.00 | $ | 333,488.91 | $ | 72,118.71 | $ | 6,476.90 | $ | 14,692.63 | $ | 35.00 |
| 3/25/2017 | $ | - | $ | 333,488.91 | $ | 72,118.71 | $ | 5,818.77 | $ | 14,692.63 | $ | 35.00 |
| 3/31/2017 | $ | 1,577.85 | $ | 334,640.85 | $ | 73,096.91 | $ | 5,957.51 | $ | 15,065.74 | $ | 35.00 |
| 4/28/2017 | $ | 1,583.57 | $ | 335,800.41 | $ | 74,082.04 | $ | 6,096.94 | $ | 15,436.87 | $ | 35.00 |
| 5/8/2017 | $ | 1,017.00 | $ | 335,800.41 | $ | 74,082.04 | $ | 6,755.07 | $ | 15,436.87 | $ | 35.00 |
| 5/8/2017 | $ | (1,017.00) | $ | 334,783.41 | $ | 74,082.04 | $ | 5,738.07 | $ | 15,436.87 | $ | 35.00 |
| 5/9/2017 | $ | 1,217.25 | $ | 336,547.00 | $ | 74,082.04 | $ | 5,738.07 | $ | 15,436.87 | $ | 35.00 |
| 5/10/2017 | $ | - | $ | 336,547.00 | $ | 74,082.04 | $ | 5,738.07 | $ | 15,436.87 | $ | 35.00 |
| 5/31/2017 | $ | 1,679.75 | $ | 337,771.04 | $ | 75,130.63 | $ | 5,878.52 | $ | 15,838.72 | $ | 35.00 |
| 6/30/2017 | $ | 1,688.27 | $ | 339,000.91 | $ | 76,184.76 | $ | 6,019.26 | $ | 16,243.13 | $ | 35.00 |
| 10/21/2014 | $ | 1,625.00 | $ | 314,732.98 | $ | 47,919.99 | $ | 18,848.98 | $ | 5,957.21 | $ | 35.00 |
| 10/31/2014 | $ | 1,237.74 | $ | 315,661.04 | $ | 48,681.91 | $ | 18,980.12 | $ | 6,221.42 | $ | 35.00 |
| 11/17/2014 | $ | (173.63) | $ | 315,661.04 | $ | 48,681.91 | $ | 18,851.96 | $ | 6,221.42 | $ | 35.00 |
| 11/21/2014 | $ | 20.00 | $ | 315,661.04 | $ | 48,681.91 | $ | 18,851.96 | $ | 6,221.42 | $ | 35.00 |
| 11/28/2014 | $ | - | $ | 316,591.47 | $ | 49,445.81 | $ | 18,983.49 | $ | 6,488.56 | $ | 35.00 |
| 12/22/2014 | $ | (183.46) | $ | 316,591.47 | $ | 49,445.81 | $ | 18,846.02 | $ | 6,488.56 | $ | 35.00 |
| 12/31/2014 | $ | 1,246.05 | $ | 317,524.00 | $ | 50,211.43 | $ | 18,977.93 | $ | 6,756.00 | $ | 35.00 |
| 12/31/2014 | $ | - | $ | 317,524.00 | $ | 50,211.43 | $ | 18,977.93 | $ | 6,756.00 | $ | 35.00 |
| 1/30/2015 | $ | 1,249.78 | $ | 318,459.71 | $ | 50,979.84 | $ | 18,835.52 | $ | 7,023.94 | $ | 35.00 |
| 2/20/2015 | $ | (183.46) | $ | 318,459.71 | $ | 50,979.84 | $ | 18,835.52 | $ | 7,023.94 | $ | 35.00 |
| 2/27/2015 | $ | 1,260.87 | $ | 319,402.05 | $ | 51,754.49 | $ | 18,968.21 | $ | 7,293.62 | $ | 35.00 |
| 3/31/2015 | $ | 1,260.87 | $ | 320,346.81 | $ | 52,531.17 | $ | 18,964.03 | $ | 7,563.49 | $ | 35.00 |
| 4/21/2015 | $ | (183.46) | $ | 320,346.81 | $ | 52,531.17 | $ | 18,826.81 | $ | 7,563.49 | $ | 35.00 |
| 4/30/2015 | $ | - | $ | 321,295.60 | $ | 53,311.48 | $ | 18,960.29 | $ | 7,834.18 | $ | 35.00 |
| 5/29/2015 | $ | 1,270.75 | $ | 322,248.43 | $ | 54,095.44 | $ | 18,957.01 | $ | 8,105.73 | $ | 35.00 |
| 6/30/2015 | $ | 1,275.38 | $ | 323,205.06 | $ | 54,882.80 | $ | 19,091.28 | $ | 8,378.04 | $ | 35.00 |
| 7/31/2015 | $ | 1,279.75 | $ | 324,164.97 | $ | 55,673.04 | $ | 19,225.95 | $ | 8,651.31 | $ | 35.00 |
| 8/19/2015 | $ | - | $ | 324,164.97 | $ | 55,673.04 | $ | 19,225.95 | $ | 8,651.31 | $ | 35.00 |
| 8/19/2015 | $ | - | $ | 324,164.97 | $ | 55,673.04 | $ | 19,225.95 | $ | 8,651.31 | $ | 35.00 |
| 8/31/2015 | $ | - | $ | 325,128.43 | $ | 56,466.43 | $ | 19,361.02 | $ | 8,925.65 | $ | 35.00 |
| 9/9/2015 | $ | 5,918.81 | $ | 325,128.43 | $ | 56,466.43 | $ | 19,361.02 | $ | 8,925.65 | $ | 35.00 |
| 9/25/2015 | $ | 15.75 | $ | 325,128.43 | $ | 56,466.43 | $ | 19,361.02 | $ | 8,925.65 | $ | 35.00 |
| 9/30/2015 | $ | - | $ | 326,095.19 | $ | 57,262.72 | $ | 19,496.49 | $ | 9,210.83 | $ | 35.00 |
| 10/23/2015 | $ | 15.75 | $ | 326,095.19 | $ | 57,262.72 | $ | 19,496.49 | $ | 9,210.83 | $ | 35.00 |
| 10/30/2015 | $ | - | $ | 327,067.44 | $ | 58,064.10 | $ | 19,632.36 | $ | 9,502.99 | $ | 35.00 |
| 11/21/2015 | $ | - | $ | 327,067.44 | $ | 58,064.10 | $ | 19,632.36 | $ | 9,502.99 | $ | 35.00 |

| Date | | Amount | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/30/2015 | $ | 1,315.96 | $ | 328,041.13 | $ | 58,866.51 | $ | 19,584.76 | $ | 9,795.58 | $ | 35.00 |
| 12/31/2015 | $ | 1,319.06 | $ | 329,017.60 | $ | 59,671.30 | $ | 19,721.44 | $ | 10,088.43 | $ | 35.00 |
| 12/31/2015 | $ | - | $ | 329,017.60 | $ | 59,671.30 | $ | 19,721.44 | $ | 10,088.43 | $ | 35.00 |
| 1/29/2016 | $ | - | $ | 330,010.59 | $ | 60,492.20 | $ | 19,858.53 | $ | 10,387.11 | $ | 35.00 |
| 2/25/2016 | $ | 20.00 | $ | 330,010.59 | $ | 60,492.20 | $ | 19,858.53 | $ | 10,387.11 | $ | 35.00 |
| 2/29/2016 | $ | - | $ | 331,055.42 | $ | 61,364.53 | $ | 19,996.03 | $ | 10,704.48 | $ | 35.00 |
| 3/24/2016 | $ | 20.00 | $ | 331,055.42 | $ | 61,364.53 | $ | 19,996.03 | $ | 10,704.48 | $ | 35.00 |
| 3/31/2016 | $ | - | $ | 332,104.55 | $ | 62,240.72 | $ | 20,133.97 | $ | 11,023.27 | $ | 35.00 |
| 4/15/2016 | $ | 20.00 | $ | 332,104.55 | $ | 62,240.72 | $ | 20,133.97 | $ | 11,023.27 | $ | 35.00 |
| 4/29/2016 | $ | - | $ | 333,160.50 | $ | 63,123.29 | $ | 20,272.35 | $ | 11,345.10 | $ | 35.00 |
| 5/31/2016 | $ | 1,431.20 | $ | 334,218.58 | $ | 64,007.55 | $ | 20,411.17 | $ | 11,667.60 | $ | 35.00 |
| 6/9/2016 | $ | 20.00 | $ | 334,218.58 | $ | 64,007.55 | $ | 20,411.17 | $ | 11,667.60 | $ | 35.00 |
| 6/30/2016 | $ | - | $ | 335,280.19 | $ | 64,894.90 | $ | 20,550.43 | $ | 11,991.26 | $ | 35.00 |
| 7/29/2016 | $ | 1,448.52 | $ | 336,350.93 | $ | 65,790.94 | $ | 20,690.13 | $ | 12,318.09 | $ | 35.00 |
| 8/1/2016 | $ | (9,020.63) | $ | 327,330.30 | $ | 65,790.94 | $ | 11,669.50 | $ | 12,318.09 | $ | 35.00 |
| 8/1/2016 | $ | (5,977.38) | $ | 320,728.38 | $ | 65,790.94 | $ | 5,067.58 | $ | 12,318.09 | $ | 35.00 |
| 8/1/2016 | $ | 624.54 | $ | 320,728.38 | $ | 65,790.94 | $ | 14,712.75 | $ | 12,318.09 | $ | 35.00 |
| 8/1/2016 | $ | (624.54) | $ | 320,728.38 | $ | 65,790.94 | $ | 5,519.93 | $ | 12,318.09 | $ | 35.00 |
| 8/2/2016 | $ | - | $ | 320,728.38 | $ | 65,790.94 | $ | 5,519.93 | $ | 12,318.09 | $ | 35.00 |
| 8/15/2016 | $ | 31.00 | $ | 320,728.38 | $ | 65,790.94 | $ | 5,519.93 | $ | 12,318.09 | $ | 35.00 |
| 8/15/2016 | $ | 18.00 | $ | 320,728.38 | $ | 65,790.94 | $ | 5,519.93 | $ | 12,318.09 | $ | 35.00 |
| 8/15/2016 | $ | 700.00 | $ | 320,728.38 | $ | 65,790.94 | $ | 5,519.93 | $ | 12,318.09 | $ | 35.00 |
| 8/31/2016 | $ | 1,404.98 | $ | 321,800.19 | $ | 66,687.60 | $ | 5,660.08 | $ | 12,606.23 | $ | 35.00 |
| 9/30/2016 | $ | 1,428.36 | $ | 322,839.74 | $ | 67,558.07 | $ | 5,794.16 | $ | 12,943.14 | $ | 35.00 |
| 10/31/2016 | $ | 1,443.26 | $ | 323,890.07 | $ | 68,438.88 | $ | 5,928.68 | $ | 13,284.01 | $ | 35.00 |
| 11/28/2016 | $ | 1,866.00 | $ | 325,756.07 | $ | 68,438.88 | $ | 5,928.68 | $ | 13,284.01 | $ | 35.00 |
| 11/30/2016 | $ | - | $ | 326,809.54 | $ | 69,322.35 | $ | 6,063.68 | $ | 13,625.75 | $ | 35.00 |
| 12/30/2016 | $ | 1,470.02 | $ | 330,584.00 | $ | 70,223.74 | $ | 6,200.96 | $ | 13,969.71 | $ | 35.00 |
| 12/30/2016 | $ | - | $ | 330,584.00 | $ | 70,223.74 | $ | 6,200.96 | $ | 13,969.71 | $ | 35.00 |
| 1/31/2017 | $ | - | $ | 331,681.27 | $ | 71,148.27 | $ | 6,338.70 | $ | 14,322.43 | $ | 35.00 |
| 2/28/2017 | $ | - | $ | 332,824.91 | $ | 72,118.71 | $ | 6,476.90 | $ | 14,692.63 | $ | 35.00 |
| 3/24/2017 | $ | (1,017.00) | $ | 333,488.91 | $ | 72,118.71 | $ | 5,818.77 | $ | 14,692.63 | $ | 35.00 |
| 3/31/2017 | $ | - | $ | 333,488.91 | $ | 72,118.71 | $ | 5,818.77 | $ | 14,692.63 | $ | 35.00 |
| 3/31/2017 | $ | - | $ | 334,640.85 | $ | 73,096.91 | $ | 5,957.51 | $ | 15,065.74 | $ | 35.00 |
| 4/28/2017 | $ | - | $ | 335,800.41 | $ | 74,082.04 | $ | 6,096.94 | $ | 15,436.87 | $ | 35.00 |
| 5/8/2017 | $ | 7.02 | $ | 335,800.41 | $ | 74,082.04 | $ | 6,755.07 | $ | 15,436.87 | $ | 35.00 |
| 5/9/2017 | $ | 1,763.59 | $ | 336,547.00 | $ | 74,082.04 | $ | 5,738.07 | $ | 15,436.87 | $ | 35.00 |
| 5/9/2017 | $ | 112.29 | $ | 336,547.00 | $ | 74,082.04 | $ | 5,738.07 | $ | 15,436.87 | $ | 35.00 |
| 5/10/2017 | $ | - | $ | 336,547.00 | $ | 74,082.04 | $ | 5,738.07 | $ | 15,436.87 | $ | 35.00 |
| 5/31/2017 | $ | - | $ | 337,771.04 | $ | 75,130.63 | $ | 5,878.52 | $ | 15,838.72 | $ | 35.00 |
| 6/30/2017 | $ | - | $ | 339,000.91 | $ | 76,184.76 | $ | 6,019.26 | $ | 16,243.13 | $ | 35.00 |

| PAY_TYPE_CD | TXN_DT | POST_DT | PYMT_AMT | ACTN_CD | LOAN_BAL_AMT | NOTE_TXT | TXN_STS_CD | TXN_STS_CD_DESC |
|---|---|---|---|---|---|---|---|---|
| P02 | 7/31/2017 | 7/31/2017 | $195.42 | | $0.00 | | 1 | Active |
| P03 | 8/31/2017 | 8/31/2017 | $35.00 | | $0.00 | | 1 | Active |
| P03 | 7/31/2017 | 7/31/2017 | $35.00 | | $0.00 | | 1 | Active |
| P01 | 8/31/2017 | 8/31/2017 | $1,555.34 | | $0.00 | | 1 | Active |
| P02 | 9/30/2017 | 9/30/2017 | $196.60 | | $0.00 | | 1 | Active |
| P01 | 12/31/2017 | 12/29/2017 | $1,587.66 | | $0.00 | | 1 | Active |
| P01 | 7/31/2017 | 7/31/2017 | $1,483.24 | | $0.00 | | 1 | Active |
| P02 | 8/31/2017 | 8/31/2017 | $195.88 | | $0.00 | | 1 | Active |
| P02 | 11/30/2017 | 11/30/2017 | $198.10 | | $0.00 | | 1 | Active |
| P01 | 1/31/2018 | 1/31/2018 | $1,632.05 | | $0.00 | | 1 | Active |
| P01 | 10/31/2017 | 10/31/2017 | $1,573.26 | | $0.00 | | 1 | Active |
| P01 | 11/30/2017 | 11/30/2017 | $1,577.67 | | $0.00 | | 1 | Active |
| P03 | 12/31/2017 | 12/29/2017 | $35.00 | | $0.00 | | 1 | Active |
| P03 | 1/31/2018 | 1/31/2018 | $35.00 | | $0.00 | | 1 | Active |
| P01 | 5/31/2018 | 5/31/2018 | $1,876.54 | | $0.00 | | 1 | Active |
| P02 | 12/31/2018 | 12/31/2018 | $210.04 | | $0.00 | | 1 | Active |
| P02 | 3/31/2019 | 3/30/2019 | $213.06 | | $0.00 | | 1 | Active |
| P03 | 4/30/2019 | 4/30/2019 | $35.00 | | $0.00 | | 1 | Active |
| P01 | 7/31/2019 | 7/31/2019 | $2,248.79 | | $0.00 | | 1 | Active |
| P02 | 8/31/2019 | 8/31/2019 | $219.29 | | $0.00 | | 1 | Active |
| P02 | 10/31/2017 | 10/31/2017 | $197.35 | | $0.00 | | 1 | Active |
| P03 | 11/30/2017 | 11/30/2017 | $35.00 | | $0.00 | | 1 | Active |
| P02 | 1/31/2018 | 1/31/2018 | $199.61 | | $0.00 | | 1 | Active |
| P01 | 2/28/2018 | 2/28/2018 | $1,728.98 | | $0.00 | | 1 | Active |
| P03 | 8/31/2018 | 8/31/2018 | $35.00 | | $0.00 | | 1 | Active |
| P03 | 12/31/2018 | 12/31/2018 | $35.00 | | $0.00 | | 1 | Active |
| P01 | 4/30/2019 | 4/30/2019 | $2,241.13 | | $0.00 | | 1 | Active |
| P02 | 6/30/2019 | 6/30/2019 | $216.13 | | $0.00 | | 1 | Active |
| P02 | 7/31/2019 | 7/31/2019 | $217.15 | | $0.00 | | 1 | Active |
| P02 | 2/28/2018 | 2/28/2018 | $200.39 | | $0.00 | | 1 | Active |
| P03 | 3/31/2018 | 3/31/2018 | $35.00 | | $0.00 | | 1 | Active |
| P01 | 6/30/2018 | 6/30/2018 | $1,897.73 | | $0.00 | | 1 | Active |
| P01 | 7/31/2018 | 7/31/2018 | $1,934.26 | | $0.00 | | 1 | Active |
| P02 | 8/31/2018 | 8/31/2018 | $205.55 | | $0.00 | | 1 | Active |
| P01 | 9/30/2018 | 9/30/2018 | $1,998.09 | | $0.00 | | 1 | Active |
| P01 | 10/31/2018 | 10/31/2018 | $2,007.63 | | $0.00 | | 1 | Active |
| P01 | 11/30/2018 | 11/30/2018 | $2,095.29 | | $0.00 | | 1 | Active |
| P03 | 2/28/2018 | 2/28/2018 | $35.00 | | $0.00 | | 1 | Active |
| P03 | 5/31/2018 | 5/31/2018 | $35.00 | | $0.00 | | 1 | Active |
| P02 | 6/30/2018 | 6/30/2018 | $203.75 | | $0.00 | | 1 | Active |
| P02 | 7/31/2018 | 7/31/2018 | $204.64 | | $0.00 | | 1 | Active |
| 81 | 9/11/2018 | 9/12/2018 | -$1,500.00 | 81 | $0.00 | WUSP Payment rec | 1 | Active |
| P03 | 9/30/2018 | 9/30/2018 | $35.00 | | $0.00 | | 1 | Active |
| P02 | 10/31/2018 | 10/31/2018 | $208.13 | | $0.00 | | 1 | Active |
| P02 | 11/30/2018 | 11/30/2018 | $209.07 | | $0.00 | | 1 | Active |
| P01 | 12/31/2018 | 12/31/2018 | $2,120.18 | | $0.00 | | 1 | Active |
| P01 | 2/28/2019 | 2/28/2019 | $2,234.73 | | $0.00 | | 1 | Active |
| P03 | 3/31/2019 | 3/30/2019 | $35.00 | | $0.00 | | 1 | Active |
| P01 | 5/31/2019 | 5/31/2019 | $2,256.72 | | $0.00 | | 1 | Active |
| P03 | 5/31/2019 | 5/31/2019 | $35.00 | | $0.00 | | 1 | Active |
| P01 | 8/31/2019 | 8/31/2019 | $2,257.82 | | $0.00 | | 1 | Active |
| P02 | 9/30/2019 | 9/30/2019 | $220.53 | | $0.00 | | 1 | Active |
| P03 | 1/31/2019 | 1/31/2019 | $35.00 | | $0.00 | | 1 | Active |
| P01 | 3/31/2019 | 3/30/2019 | $2,237.11 | | $0.00 | | 1 | Active |
| P02 | 4/30/2019 | 4/30/2019 | $214.09 | | $0.00 | | 1 | Active |
| P02 | 5/31/2019 | 5/31/2019 | $215.13 | | $0.00 | | 1 | Active |
| 81 | 6/6/2019 | 6/7/2019 | -$144.48 | 81 | $0.00 | AS-WUSP Payment | 1 | Active |
| P03 | 8/31/2019 | 8/31/2019 | $35.00 | | $0.00 | | 1 | Active |
| P03 | 9/30/2019 | 9/30/2019 | $35.00 | | $0.00 | | 1 | Active |
| 81 | 8/7/2017 | 8/7/2017 | -$352.50 | 81 | $0.00 | WUSP Payment rec | 1 | Active |
| P03 | 9/30/2017 | 9/30/2017 | $35.00 | | $0.00 | | 1 | Active |
| 81 | 7/28/2017 | 7/28/2017 | -$352.50 | 81 | $0.00 | WUSP Payment rec | 1 | Active |
| P01 | 9/30/2017 | 9/30/2017 | $1,565.72 | | $0.00 | | 1 | Active |
| P03 | 10/31/2017 | 10/31/2017 | $35.00 | | $0.00 | | 1 | Active |
| P01 | 3/31/2018 | 3/31/2018 | $1,737.65 | | $0.00 | | 1 | Active |
| P01 | 4/30/2018 | 4/30/2018 | $1,770.21 | | $0.00 | | 1 | Active |
| P03 | 4/30/2018 | 4/30/2018 | $35.00 | | $0.00 | | 1 | Active |
| P03 | 6/30/2018 | 6/30/2018 | $35.00 | | $0.00 | | 1 | Active |
| P01 | 8/31/2018 | 8/31/2018 | $1,989.69 | | $0.00 | | 1 | Active |
| P02 | 9/30/2018 | 9/30/2018 | $206.98 | | $0.00 | | 1 | Active |
| P03 | 11/30/2018 | 11/30/2018 | $35.00 | | $0.00 | | 1 | Active |
| P02 | 1/31/2019 | 1/31/2019 | $211.03 | | $0.00 | | 1 | Active |
| P03 | 2/28/2019 | 2/28/2019 | $35.00 | | $0.00 | | 1 | Active |
| P03 | 6/30/2019 | 6/30/2019 | $35.00 | | $0.00 | | 1 | Active |
| P03 | 7/31/2019 | 7/31/2019 | $35.00 | | $0.00 | | 1 | Active |
| 65 | 9/30/2019 | 9/30/2019 | $0.00 | 65 | $0.00 | | 1 | Active |
| P02 | 12/31/2017 | 12/29/2017 | $198.86 | | $0.00 | | 1 | Active |
| P02 | 3/31/2018 | 3/31/2018 | $201.21 | | $0.00 | | 1 | Active |
| P02 | 4/30/2018 | 4/30/2018 | $202.03 | | $0.00 | | 1 | Active |
| P02 | 5/31/2018 | 5/31/2018 | $202.87 | | $0.00 | | 1 | Active |
| P03 | 7/31/2018 | 7/31/2018 | $35.00 | | $0.00 | | 1 | Active |
| 90 | 9/10/2018 | 9/10/2018 | $3,233.77 | 90 | $0.00 | ***Loan Admin - P | 1 | Active |
| P03 | 10/31/2018 | 10/31/2018 | $35.00 | | $0.00 | | 1 | Active |

| | | | | | | |
|---|---|---|---|---|---|---|
| P01 | 1/31/2019 | 1/31/2019 | $2,140.68 | $0.00 | | 1 Active |
| P02 | 2/28/2019 | 2/28/2019 | $212.02 | $0.00 | | 1 Active |
| P01 | 6/30/2019 | 6/30/2019 | $2,261.99 | $0.00 | | 1 Active |
| 81 | 7/24/2019 | 7/25/2019 | -$144.48 81 | $0.00 AS-WUSP Payment | | 1 Active |
| 90 | 8/5/2019 | 8/5/2019 | $3,220.53 90 | $0.00 ***Loan Admin - P | | 1 Active |
| P01 | 9/30/2019 | 9/30/2019 | $2,199.59 | $0.00 | | 1 Active |

**PHH Mortgage Services**

## Disbursement Detail Report

| Servicer Name: | ALL | Product Type: | ALL | Disb. Type: | ALL | Disb. Date: | ALL | Disb. Status: | All |
| Investor Name: | ALL | Pay Plan Type: | ALL | Reimbursable: | Included | Fund Req. Date: | ALL | ARM Type: | ALL |
| Investor Pool: | ALL | Transaction Type: | ALL | Voided: | Included | Voided Date: | ALL | Rate Index Type: | ALL |
| Loan Status: | ALL | Property State: | ALL | Cleared: | Included | Cleared Date: | ALL | | |
| | | Created By: | ALL | Pymt Stopped: | Included | Process Date: | ALL | | |
| | | Credit Type: | ALL | Check #: | ALL | Create Date: | ALL | | |

**Servicer Name: PHH Mortgage Services**

**Investor Name: BAML**

| Investor Pool | Loan Skey | Loan # | Loan Status | Payment Plan | Disbursement Type | Pay To | Check # | Created By | Create Date | Process Date | Disb. Date | Disb. Amount | Disbursed | Cleared | Voided | Reimb. | Stopped |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BAML_002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (N) | | | 10/16/2019 | 10/18/2019 | 10/21/2019 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML_002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Precedent Management, LLC | | | 10/22/2019 | 10/24/2019 | 10/25/2019 | $56.50 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML_002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | First American Mortgage Solutions | | | 10/25/2019 | 10/25/2019 | 10/28/2019 | $325.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML_002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | First American Mortgage Solutions | | | 10/25/2019 | 10/25/2019 | 10/28/2019 | $175.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML_002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Xome Valuation Services, LLC | | | 10/30/2019 | 10/30/2019 | 10/31/2019 | $560.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML_002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (N) | | | 11/12/2019 | 11/14/2019 | 11/15/2019 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML_002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Charles A. Brown & Associates, P.L.L.C | | | 11/19/2019 | 11/21/2019 | 11/22/2019 | $147.50 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML_002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Charles A. Brown & Associates, P.L.L.C | | | 11/19/2019 | 11/21/2019 | 11/22/2019 | $70.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML_002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Black Knight Real Estate Data Solutions, LLC | | | 11/26/2019 | 11/26/2019 | 11/27/2019 | $0.64 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML_002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | National Creditors Connection, Inc | | | 12/04/2019 | 12/06/2019 | 12/09/2019 | $79.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML_002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (N) | | | 12/05/2019 | 12/09/2019 | 12/10/2019 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML_002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | First American Mortgage Solutions | | | 12/06/2019 | 12/06/2019 | 12/09/2019 | $825.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML_002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (N) | | | 01/02/2020 | 01/06/2020 | 01/07/2020 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML_002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | First American Mortgage Solutions | | | 01/21/2020 | 01/21/2020 | 01/22/2020 | $111.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML_002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | First American Mortgage Solutions | | | 01/22/2020 | 01/22/2020 | 01/23/2020 | $95.00 | ☑ | ☑ | ☐ | ☐ | ☐ |

11/11/2021 11:07:45 AM

# PHH Mortgage Services

## Disbursement Detail Report

| | | |
|---|---|---|
| Servicer Name: | ALL | |
| Investor Name: | ALL | |
| Investor Pool: | ALL | |
| Loan Status: | ALL | |

| | |
|---|---|
| Product Type: | ALL |
| Pay Plan Type: | ALL |
| Transaction Type: | ALL |
| Property State: | ALL |
| Created By: | ALL |
| Credit Type: | ALL |

| | |
|---|---|
| Disb. Type: | ALL |
| Reimbursable: | Included |
| Voided: | Included |
| Cleared: | Included |
| Pymt Stopped: | Included |
| Check #: | ALL |

| | |
|---|---|
| Disb. Date: | ALL |
| Fund Req. Date: | ALL |
| Voided Date: | ALL |
| Cleared Date: | ALL |
| Process Date: | ALL |
| Create Date: | ALL |

| | |
|---|---|
| Disb. Status: | All |
| ARM Type: | ALL |
| Rate Index Type: | ALL |

| Investor Pool | Loan | Loan # | Loan Status | Payment Plan | Disbursement Type | Pay To | Check # | Created By | Create Date | Process Date | Disb. Date | Disb. Amount | Disbursed | Cleared | Voided | Reimb. | Stopped |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BAML_002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (N) | | | 01/27/2020 | 01/29/2020 | 01/30/2020 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML_002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Wright Finlay & Zak | | | 02/05/2020 | 02/05/2020 | 02/06/2020 | $25.60 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML_002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Wright Finlay & Zak | | | 02/05/2020 | 02/05/2020 | 02/06/2020 | $712.50 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML_002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Wright Finlay & Zak | | | 02/05/2020 | 02/05/2020 | 02/06/2020 | $35.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML_002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Wright Finlay & Zak | | | 02/05/2020 | 02/05/2020 | 02/06/2020 | $35.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML_002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (N) | | | 02/26/2020 | 02/28/2020 | 03/02/2020 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML_002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | LOS ANGELES COUNTY | | | 03/06/2020 | 03/06/2020 | 03/09/2020 | $3,210.10 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML_002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (N) | | | 03/25/2020 | 03/27/2020 | 03/30/2020 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML_002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | LRES Corporation | | | 03/26/2020 | 04/03/2020 | 04/06/2020 | $385.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML_002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | LOS ANGELES COUNTY | | | 04/07/2020 | 04/07/2020 | 04/08/2020 | $2,918.26 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML_002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Wright Finlay & Zak | | | 04/15/2020 | 04/15/2020 | | $4.55 | ☐ | ☐ | ☑ | ☐ | ☐ |
| BAML_002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (LD | | | 04/15/2020 | 04/15/2020 | | $540.00 | ☐ | ☐ | ☑ | ☐ | ☐ |
| BAML_002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | SWBC Insurance Services, Inc. | | | 04/16/2020 | 04/16/2020 | | $1,557.00 | ☐ | ☐ | ☐ | ☐ | ☐ |
| BAML_002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (N) | | | 04/21/2020 | 04/23/2020 | 04/24/2020 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML_002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (N) | | | 05/15/2020 | 05/19/2020 | 05/20/2020 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML_002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (N) | | | 06/16/2020 | 06/18/2020 | 06/19/2020 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML_002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (N) | | | 07/29/2020 | 07/31/2020 | 08/03/2020 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |

| | Disbursement Status | | | | |
|---|---|---|---|---|---|

11/11/2021 11:07:45 AM

# PHH Mortgage Services

## Disbursement Detail Report

| Servicer Name: | ALL | Product Type: | ALL | Disb. Type | ALL | Disb. Date: | ALL | Disb. Status: | All |
| Investor Name: | ALL | Pay Plan Type: | ALL | Reimbursable: | Included | Fund Req. Date: | ALL | ARM Type: | ALL |
| Investor Pool: | ALL | Transaction Type: | ALL | Voided: | Included | Voided Date: | ALL | Rate Index Type: | ALL |
| Loan Status: | ALL | Property State: | ALL | Cleared: | Included | Cleared Date: | ALL | | |
| Loan Sub-Status: | ALL | Created By: | ALL | Pymt Stopped: | Included | Process Date: | ALL | | |
| | | Credit Type: | ALL | Check #: | ALL | Create Date: | ALL | | |

| Investor Pool | Loan | Loan # | Loan Status | Payment Plan | Disbursement Type | Pay To | Check # | Created By | Create Date | Process Date | Disb. Date | Disb. Amount | Disbursed | Cleared | Voided | Reimb. | Stopped |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BAML 002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Robertson, Anschutz &Schneid, P.L. | | | 08/13/2020 | 08/13/2020 | 08/14/2020 | $350.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML 002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (N | | | 08/14/2020 | 08/18/2020 | 08/19/2020 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML 002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Robertson, Anschutz &Schneid, P.L. | | | 08/24/2020 | 08/24/2020 | 08/25/2020 | $300.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML 002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (N | | | 09/18/2020 | 09/22/2020 | 09/23/2020 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML 002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (N | | | 10/13/2020 | 10/15/2020 | 10/16/2020 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML 002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (N | | | 11/09/2020 | 11/11/2020 | 11/12/2020 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML 002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (N | | | 12/16/2020 | 12/18/2020 | 12/21/2020 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML 002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (N | | | 01/28/2021 | 02/01/2021 | 02/02/2021 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML 002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (R | | | 02/19/2021 | 02/23/2021 | 02/24/2021 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML 002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (N | | | 03/18/2021 | 03/22/2021 | 03/23/2021 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML 002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (N | | | 04/20/2021 | 04/22/2021 | 04/23/2021 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML 002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (N | | | 05/14/2021 | 05/18/2021 | 05/19/2021 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML 002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | First American Mortgage Solutio | | | 06/08/2021 | 06/08/2021 | 06/09/2021 | $98.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML 002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (N | | | 06/15/2021 | 06/17/2021 | 06/18/2021 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML 002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (N | | | 07/30/2021 | 08/03/2021 | 08/04/2021 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BAML 002 - Celink Transfer | | | BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (N | | | 08/17/2021 | 08/19/2021 | 08/20/2021 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |

**PHH Mortgage Services**

**PHH MORTGAGE**

## Disbursement Detail Report

11/11/2021 11:07:45 AM

| Servicer Name: | ALL | Product Type: | ALL | Disb. Type | ALL | Disb. Date: | ALL | Disb. Status: | All |
| Investor Name: | ALL | Pay Plan Type: | ALL | Reimbursable: | Included | Fund Req. Date: | ALL | ARM Type: | ALL |
| Investor Pool: | ALL | Transaction Type: | ALL | Voided: | Included | Voided Date: | ALL | Rate Index Type: | ALL |
| Loan Status: | ALL | Property State: | ALL | Cleared: | Included | Cleared Date: | ALL | | |
| Loan Sub-Status: | ALL | Created By: | ALL | Pymt Stopped: | Included | Process Date: | ALL | | |
| | | Credit Type: | ALL | Check #: | ALL | Create Date: | ALL | | |

| Loan Skey | Loan # | Loan Status | Payment Plan | Disbursement Type | Pay To | Check # | Created By | Create Date | Process Date | Disb. Date | Disb. Amount | Disbursed | Cleared | Voided | Reimb. | Stopped |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | **Disbursement Status** | | | | |
| | | | | | | | | | | | | Disbursed | Cleared | Voided | Reimb. | Stopped |

**Investor Pool**

| Loan Status | Payment Plan | Disbursement Type | Pay To | Check # | Created By | Create Date | Process Date | Disb. Date | Disb. Amount | Disbursed | Cleared | Voided | Reimb. | Stopped |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BNK/FCL | Line of Credit | Corporate Advance - Check | LOS ANGELES CNTY TAX COLLECTOR | | | 09/10/2021 | 09/10/2021 | 09/13/2021 | $3,724.67 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (N) | | | 09/27/2021 | 09/29/2021 | 09/30/2021 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BNK/FCL | Line of Credit | Corporate Advance - Check | Guardian Asset Management (N) | | | 10/22/2021 | 10/26/2021 | 10/27/2021 | $20.00 | ☑ | ☑ | ☐ | ☐ | ☐ |
| BNK/FCL | Line of Credit | Corporate Advance - Check | Robertson, Anschutz, Schneid, Crane & Partners, PLLC | | | 11/09/2021 | 11/09/2021 | 11/10/2021 | $100.00 | ☑ | ☑ | ☐ | ☐ | ☐ |

BAML 002 - Celink Transfe — **Loan Count: 1** — **Disbursement Count: 52**

**Total for Investor: BAML** — $16,960.32 — 49 — 48 — 3 — 0

BAML 002 - Celink Transfe — **Loan Count: 1** — **Disbursement Count: 52** — $16,960.32 — 49 — 48 — 3 — 0

**Total for Servicer: PHH Mortgage Services**

**Grand Total:** — **Loan Count: 1** — **Disbursement Count: 52** — $16,960.32 — 49 — 48 — 3 — 0

Alerts Included: ALL
Alerts Excluded: **None**

# PHH Mortgage Services

## Remittance Detail Report

11/11/2021 11:08:51 AM

Servicer Name: ALL
Investor Name: ALL
Investor Pool: ALL

Product Type: ALL
Loan Status: ALL
Loan Sub-Status: ALL
Remit. Type: ALL
Remit. Amount: ALL
Remit. Status: ALL

Remit. Create Date: ALL
Remit. Created By: ALL
Remit. Effective Date: ALL
Ref. Check #: ALL
Remitted By: ALL
Batch Skey: ALL
Mail Room Batch #: ALL

Remit. Trans. Types: ALL

| Loan # | Loan Status | Loan Sub-Status | Batch Skey | Transaction Type | Effective Date | Remit Type | Remit Status | Remit Amount | Check Date | Reference Check # | Created By | Create Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| - BAML  -  BAML 002 - Celink T | | | | | | | | | | | | |
| | BNKFCL | BnkFcl - Chapt. 13 | | Part Repay - Reduce Loan Balance | 09/24/2021 | Check | Active | $472.59 | 09/21/2021 | 821362 | Mary.St.Julian | 09/24/2021 03... |
| | | | | Remit Transaction(s) Count: 1 | | | | | | | | |
| Total for BAML 002 - Celink Transfer | | | Loan Count: 1 | | | | | $472.59 | | | | |
| | | | | Remit Transaction(s) Count: 1 | | | | | | | | |
| Total for BAML | | | Loan Count: 1 | | | | | $472.59 | | | | |
| | | | | Remit Transaction(s) Count: 1 | | | | | | | | |
| Grand Total: | | | Loan Count: 1 | | | | | $472.59 | | | | |

Alerts Included: ALL
Alerts Excluded: NONE

Created By:

| | |
|---|---|
| Borrower Last Name | HORN |
| Property Address | 4068 NEWTON STREET, TORRANCE, CA, 90505 |
| MCA | 104.92 % |

**Total Amount Due for Reinstatement**  $ 14,045.78

**Reinstatement as of:**    11/11/2021 12:00 AM

<span style="color:red">*This amount will change when any new advance is made for taxes, insurance, and/or HOA/COA Dues.</span>

**Details/Breakdown**

| Corporate Advances | | |
|---|---|---|
| **Date** | **Type** | **Amount** |
| 03/09/2020 | Corp Adv - S305 - Taxes | $ 3,210.10 |
| 04/08/2020 | Corp Adv - S305 - Taxes | $ 2,918.26 |
| 09/13/2021 | Corp Adv - S305 - Taxes | $ 3,724.67 |
| **Total** | | **$ 9,853.03** |

| Remittances | | |
|---|---|---|
| **Date** | **Type** | **Amount** |
| 09/24/2021 | Part Repay - Transferred Prop Charges | ($ 472.59) |
| **Total** | | **($ 472.59)** |

| Transfer Charges | | |
|---|---|---|
| **Date** | **Type** | **Amount** |
| 11/10/2021 | Prior Servicer Property Charges | $ 4,665.34 |
| **Total** | | **$ 4,665.34** |



## Balance Details

### Principal Limit Calculation

| | |
|---|---|
| Orig. Principal Limit: | $353,100.00 |
| **Current Principal Limit:** | $571,937.34 |
| Principal Balance: | $350,992.53 |
| Interest Balance: | $183,781.33 |
| MIP Balance: | $37,077.78 |
| Service Fee Balance: | $5,215.00 |
| - **Loan Balance:** ⌃ Less | $577,066.64 |
| - Service Fee Set-Aside: | $5,064.22 |
| - Repair Set-Aside: | $0.00 |
| - First Year Set-Aside: | $0.00 |
| - Credit Line Set-Aside: | $0.00 |
| - Life Expectancy Set-Aside: | $0.00 |
| ★=**Net Principal Limit:** | ($10,193.52) |

### Life Expectancy Set-Aside

| | |
|---|---|
| LESA Type: | Not Required |
| LESA Payment Status: | LESA-Active Payments |
| Semi-Annual Payment: | $0.00 |

### Loan Balance Distribution

Prin Bal | Int Bal | MIP | SF Bal

### Other Balances

| | |
|---|---|
| Tax & Ins. Withheld: | $0.00 |
| IMIP Paid By Borrower: | $0.00 |
| IMIP Paid By Lender: | $0.00 |

### Pay Plan Information

| | |
|---|---|
| Pay Plan Type: | Line of Credit |
| Payment Status: | Payment Suspended |
| Monthly Payment: | $0.00 |
| Monthly Tax & Ins. Withheld: | $0.00 |
| Net Monthly Payment: | $0.00 |
| # of Remaining Payments: | 0 |
| Maximum Claim: | $550,000.00 |
| Monthly Service Fee: | $35.00 |
| Print Statements: | ☑ |
| Prohibit All Correspondence: | |

### Credit Line Information

| | |
|---|---|
| Current Net Credit Line: | $0.00 |



## Loan Summary

### Default

| | |
|---|---|
| Default Reason: | Unpaid Taxes |
| Due & Payable Date: | 8/27/2019 |
| Notice Sent to Borrower: | 8/30/2019 ✓ |
| Death Date: | |
| Servicer Notified of Death: | |
| Notice of Default to HUD: | 8/26/2019 ✓ |
| Title Ordered: | 10/11/2019 ⚠ |
| Title Received: | 10/18/2019 |
| Appraisal Ordered: | 8/29/2019 ✓ |
| Appraisal Effective Date: | 9/4/2019 |
| Appraisal Received: | 9/12/2019 ✓ |
| Inspection Ordered: | 10/11/2019 ⚠ |
| Inspection Received: | 11/5/2019 ⚠ |
| Property Location Type: | |
| Auto 90-Day Extension: | |
| Total # of Approved Extensions: | 0 |
| Due & Payable Loan Balance: | $526,766.64 |
| Extension Expiration: | |

### Foreclosure/Loss Mitigation

| | |
|---|---|
| Referred to Counsel: | 11/27/2019 ✓ |
| First Legal Due Date: | 2/29/2020 |
| First Legal Filed Date: | 1/15/2020 ✓ |
| HUD Notice of Initiation of FCL: | 1/17/2020 |
| Appraisal Ordered: | Missed ⚠ |
| Appraisal Effective Date: | 3/21/2020 |
| Appraisal Received: | |
| Liquidation Event: | |
| Sale Date: | Missed ⚠ |
| Property Sold To: | |
| Deed Recorded Date: | |
| Data Gram Completed: | |
| Referred to REO: | |

### Bankruptcy

| | |
|---|---|
| # of Days in Bankruptcy: | 475 |
| # of Bankruptcies: | 1 |
| Bankruptcy Type: | Bankruptcy - Chapter 13 |
| Bankruptcy Filed Date: | 7/24/2020 ✓ |
| Bankruptcy Discharged Date: | |

### REO

| | |
|---|---|
| Marketable Title: | |
| REO Sale Date: | |
| REO Sale Price: | $0.00 |
| REO Net Proceeds: | $0.00 |
| Referred to Claims: | |

### Tax and Insurance

| | |
|---|---|
| Original Transfer Property Charge: | $4,665.34 |
| Transfer Property Charge Balance: | $4,192.76 |
| Prop Charge Pre D&P Balance: | $0.00 |
| Corp Adv $305 Flood Ins Balance: | $0.00 |
| Corp Adv $305 Hazard Ins Balance: | $0.00 |
| Corp Adv $305 Taxes Balance: | $9,853.03 |
| Corp Adv $305 Ground Rent Balance: | $0.00 |
| Corp Adv $305 HOA Balance: | $0.00 |
| TOTS Balance: | $14,045.78 |
| Active Repayment Plan: | No |
| Payment Status: | N/A |
| # Repayments Made: | N/A |
| # Repayments Remaining: | N/A |

Copyright © 2021 ReverseQuest5 All rights reserved.



**RMS**
Reverse Mortgage Solutions, Inc.
FUNDING YOUR FUTURE
5010 Linbar Drive, Suite 100
Nashville, TN 37211

**Statement Date: August 03, 2020**
**Month Ending: July 31, 2020**

## Monthly Statement

WILLIAM TYLER HORN
4068 NEWTON STREET
TORRANCE, CA 90505

### *** THIS IS NOT A BILL ***

#### Account Information

| | |
|---|---|
| Pay Plan Type: | Line of Credit |
| Borrower: | WILLIAM TYLER HORN |
| Property: | 4068 NEWTON STREET |
| | TORRANCE, CA 90505 |

#### * Credit Line Set Aside Information

| | |
|---|---|
| Original Credit Line: | $0.00 |
| Current Gross Credit Line: | $0.00 |
| Unsch. Credit Line Disb. Bal. (-): | $0.00 |
| Net Credit Line Set Aside (=): | **$0.00** |

*\* Modified Term or Modified Tenure only*

#### Interest Rates

Interest Rate Type:   Monthly (1-Mth LIBOR)

| Month | Index | Margin | Int. Rate (Index+Margin) |
|---|---|---|---|
| July: | 0.183% | 2.750% | 2.933% |
| August: | 0.178% | 2.750% | 2.928% |
| September (**) | 0.173% | 2.750% | 2.923% |

*Your Reverse Mortgage loan has a variable-rate feature; the monthly and daily periodic rates may vary as a result. Please refer to important information found on the back of this monthly statement and on the additional page.*

#### Principal Limit Information

| | |
|---|---|
| Original Principal Limit | $353,100.00 |
| Current Principal Limit | $548,317.55 |
| Loan Balance (-): | $553,176.32 |
| Repair Set Aside (-): | $0.00 |
| First Year Set Aside (-): | $0.00 |
| Credit Line Set Aside (-): | $0.00 |
| Life Expectancy Set Aside Amt (-): | $0.00 |
| Servicing Fee Set Aside (-): | $5,199.54 |
| Net Principal Limit (=): | **($10,058.31)** |

**Interest Rate Information:**     **ANNUAL PERCENTAGE RATE (APR):     3.509%**

| Loan Periodic Rates: | | Mortgage Insurance Premium (MIP) Periodic Rates: | | Interest (Finance Charge): | |
|---|---|---|---|---|---|
| Monthly Periodic Rate on Applicable Principal Balance: | 0.244% | MIP Monthly Periodic Rate on Applicable Principal Balance: | 0.042% | Periodic Finance Charge: | **$1,348.11** |
| Daily Periodic Rate on Applicable Advances or Payments: | 0.008% | MIP Daily Periodic Rate on Applicable Advances or Payments: | 0.001% | | |
| Corresponding APR: | 2.933% | Corresponding APR: | 0.500% | | |

#### ** ·   Notice of Changes in your Interest Rate on your Adjustable Rate Reverse Mortgage

On September 01, 2020, the interest rate on your adjustable-rate Reverse Mortgage will decrease from 2.928% to 2.923%. Your present interest rate was based on an index value of 0.178%. To determine your new interest rate, we added the current index value of 0.173% as of July 27, 2020 as published by the Wall Street Journal, to the agreed upon margin of 2.750% for a total of 2.923%. This new rate has not been rounded to the nearest 1/8th percent. The initial interest rate on your mortgage was 3.066%, which may not be increased beyond 13.066% during the life of the mortgage.

#### *Total Funds Available

| | |
|---|---|
| Net Credit Line Set Aside + Net Principal Limit = | **$0.00** |

If you have any questions or would like further information on your reverse mortgage, please call our Customer Service Department.



5010 Linbar Drive, Suite 100
Nashville, TN 37211

**Statement Date:** August 03, 2020
**Month Ending:** July 31, 2020

### Loan Balance Activity

| | Current Month | Year To Date |
|---|---|---|
| Previous Loan Balance | **$551,563.39** | **$538,838.63** |
| Loan Advance / Scheduled Payment (if applicable): | $0.00 | $0.00 |
| Loan Advance / Unscheduled Disbursements (if applicable): | $0.00 | $0.00 |
| Repair Set Aside Disbursements: | $0.00 | $0.00 |
| Taxes Paid: | $0.00 | $0.00 |
| Insurance Paid: | $0.00 | $0.00 |
| Other Property Charges: | $0.00 | $0.00 |
| Interest **(Finance Charge):** | $1,348.11 | $12,501.73 |
| MIP **(Finance Charge):** paid to HUD: | $229.82 | $1,590.96 |
| Monthly Servicing Fee **(Finance Charge):** | $35.00 | $245.00 |
| Change of Plan Fee/Misc. **(Finance Charge):** | $0.00 | $0.00 |
| Repayments (See Transaction Information): | $0.00 | $0.00 |
| *Total Balance Activity:* | *$1,612.93* | *$14,337.69* |
| Closing Loan Balance as of July 31, 2020 | **$553,176.32** | **$553,176.32** |
| * Corporate Advance (not part of Loan Balance): | $0.00 | $7,597.46 |

### Transaction Information

| Transaction Date | Effective Date | Transaction Description | Principal Advances | Interest | MIP | Servicing Fee | Cumulative Loan Advances this Month | * Corporate Advance (not part of Loan Balance) |
|---|---|---|---|---|---|---|---|---|
| 07/31/2020 | 07/31/2020 | Monthly Interest, MIP Accrual & SF | $0.00 | $1,348.11 | $229.82 | $35.00 | $1,612.93 | *$0.00* |
| **Grand Total:** | | | **$0.00** | **$1,348.11** | **$229.82** | **$35.00** | **$1,612.93** | *$0.00* |

*(Int) Interest - (MIP) Mortgage Insurance Premium - (SF) Servicing Fee - (Disb) Advance Disbursement - (Part Repay) Partial Repayment*



**RMS**
Reverse Mortgage Solutions, Inc.
FUNDING YOUR FUTURE

5010 Linbar Drive, Suite 100
Nashville, TN 37211

Statement Date: August 03, 2020
Month Ending: July 31, 2020

### A. ANNUAL PERCENTAGE RATE (APR)

The ANNUAL PERCENTAGE RATE for the interest portion of your FINANCE CHARGE may increase or decrease annually based upon changes in the ("Index"). Therefore, the monthly and daily periodic rates relating to the interest portion of your FINANCE CHARGE may vary. To determine the ANNUAL PERCENTAGE RATE that will apply to your Account, we add a margin to the value of the Index, subject to certain rate limitations as provided in your Reverse Mortgage Note.

The corresponding annual percentage rate for the interest portion of the FINANCE CHARGE does not include costs other than interest. The historical ANNUAL PERCENTAGE RATE includes interest and all other FINANCE CHARGES that relate to your loan.

### B. FINANCE CHARGES

Each advance or payment made to you or on your behalf under your Reverse Mortgage will be subject to a FINANCE CHARGE beginning on the day after each advance or payment is made. A FINANCE CHARGE will continue to be assessed on your Reverse Mortgage until the entire outstanding balance and all fees due under the Notes, Security Instruments and Loan Agreement are paid.

### C. INTEREST

The interest portion of the FINANCE CHARGE on your Account is computed by (i) calculating the FINANCE CHARGE on the balance existing at the beginning of each month, which includes any payments or credits applied to your loan during the previous month, (ii) calculating the FINANCE CHARGE on each advance, payment or credit made to you or on your behalf during the month, and then (iii) adding all of these sums together, as follows:

We start with the outstanding principal balance on your Account at the beginning of each month, which includes FINANCE CHARGES from the previous month (the "Previous Loan Balance"). At the end of each month, we multiply the Previous Loan Balance by the then-current ANNUAL PERCENTAGE RATE divided by 12 (the "Monthly Periodic Rate").

At the end of each month in which any advances (also known as disbursements and labeled as "Disb" on this statement) or payments have been made to you or on your behalf, we multiply the amount of the advance or payment by the number of days remaining in the month after that advance or payment was made (not including the day the advance was made) and then multiply this amount by the then-current ANNUAL PERCENTAGE RATE divided by 365 (the "Daily Periodic Rate"). This calculation is repeated for each advance or payment made to you or on your behalf during the month.

The sum of the final result of these calculations equals the interest portion of your FINANCE CHARGE for the month.

### D. MORTGAGE INSURANCE PREMIUMS (MIP)

In addition, mortgage insurance premiums ("MIP"), which are a FINANCE CHARGE, are computed by as follows:

At the end of each month, we multiply the lesser of the Previous Loan Balance or the maximum balance on which HUD requires MIP to be paid to it by your MIP rate divided by 12 (the "MIP Monthly Period Rate"). At the end of each month in which any advances (also known as disbursements and labeled as "Disb" on this statement) or payments have been made to you or on your behalf, we multiply the amount of the advance or payment (other than any advance or payment that exceeds the maximum advances or payments on which HUD requires MIP to be paid) by the number of days remaining in the month after that advance or payment was made (not including the day the advance was made),and then multiply this amount by your MIP rate divided by 365 (the "MIP Daily Periodic Rate"). This calculation is repeated for each advance or payment made to you or on your behalf during the month.

The sum of the final result of these calculations equals the mortgage insurance portion of your FINANCE CHARGE for the month.

### E. CALCULATION OF BALANCES

The "Principal Limit Information" section on the front of the monthly statement shows your "Original Principal Limit" and your "Net Principal Limit" which includes any "Set Asides". The "Loan Balance" section on page 2 of this monthly statement shows your prior month's Previous Loan Balance and your current month's Closing Loan Balance, which includes the current month's activity. If you would like to determine your payoff balance or if you have any questions on this monthly statement, please call the telephone number listed on the bottom of this monthly statement.

### F. OTHER INFORMATION

We compute the interest and other fees assessed on your loan monthly. This information is available on page 2 of this monthly statement each month. This monthly statement indicates both the current month and year to date interest and other fees. If you repay all or a portion of your loan balance and the annual interest paid due to a repayment exceeds $600, a separate IRS Form 1098 will be mailed to you by January 31st. Interest accrued on this loan, other than repayments, will not be reported to the IRS until the loan is paid in full.

### G. BILLING RIGHTS SUMMARY

In case of errors or questions about your loan monthly statement, you will need to contact us as follows:

If you think your monthly statement is wrong or you need more information about a transaction on your monthly statement, write us at Reverse Mortgage Service Center, Attn: Billing Department, 14405 Walters Rd., Suite 200, Houston, TX 77014. Write to us as soon as possible. We must hear from you no later than 60 days after we send you the FIRST monthly statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
1. Your name and loan number
2. The dollar amount of the suspected error
3. Describe the suspected error and explain, if you can, why you believe there is an error.



5010 Linbar Drive, Suite 100
Nashville, TN 37211

**Statement Date: August 03, 2020**
**Month Ending: July 31, 2020**

We will acknowledge your letter within 30 days. Within 90 days, we will either correct the error or explain why we believe the monthly statement was correct. If we determine the monthly statement was not correct, we will credit the disputed amount along with any associated interest charges. While under investigation, you will continue to see the disputed amount on your monthly statement; however, you do not have to pay any disputed amount or the interest charges that apply to it. Even though payments are not required on a reverse mortgage, by law, you are still required to meet all obligations as outlined in your Notes, Security Instruments and Loan Agreement. This includes paying your property taxes and insurance premiums.

**H. CREDIT INFORMATION**

Regular monthly installment payments are not required on this loan unless you have a repayment plan for a delinquent account. However, you have the obligation to pay your property taxes and insurance premiums. The loan must be repaid in full in one payment if your loan has been called "Due and Payable". Payments may be made by check, money order or wired funds, payable in U.S. Dollars. Do not send cash. Payments must be mailed to the address listed on the bottom of this monthly statement. Payments are allocated as described in your Note.

# EXHIBIT "C"

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **William Tyler Horn** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | | | |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1

**4068 Newton St.**
Street address, if available, or other description


**Torrance**          **CA**     **90505-0000**
City                        State        ZIP Code


**Los Angeles**
County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $902,000.00 | $902,000.00 |

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here......................................................................=>

| |
|---|
| $902,000.00 |

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*